**ORIGINAL**

1 | Baruch C. Cohen, Esq. (SBN 159455)
**LAW OFFICE OF BARUCH C. COHEN**
2 |     A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
3 | Los Angeles, California 90010
(323) 937-4501        Fax (323) 937-4503
4 | email: BCC4929@aol.com

```
┌─────────────────────────────┐
│          FILED              │
│                             │
│        AUG 07 2008          │
│                             │
│  CLERK U.S. BANKRUPTCY COURT│
│  CENTRAL DISTRICT OF CALIFORNIA│
│  BY:            Deputy Clerk│
└─────────────────────────────┘
```

5 | *Attorney For Citizen Smith, LLC*

6

7 | 

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

8

9

10 | In re | Case No. 2:08-bk-19197-SB
Assigned to the Honorable Samuel Bufford
11 | **CITIZEN SMITH, LLC** | Chapter 11
12 |         Debtor.
13 | | **AMENDED ANSWER TO INVOLUNTARY PETITION UNDER CHAPTER 11**
14 | | Date: August 26, 2008
Time: 10:00 a.m.
15 | | Place: Courtroom 1575
Edward Roybal Building
16 | | 255 East Temple Street
Los Angeles, CA 90012
17

18 |        CITIZEN SMITH, LLC., (hereinafter referred to as "CITIZEN SMITH") hereby

19 | answers the allegations in the INVOLUNTARY PETITION UNDER CHAPTER 11 (the

20 | "INVOLUNTARY") filed by Mike Brooks (hereinafter referred to as "BROOKS"), VJ Glass &

21 | Mirror (hereinafter referred to as "VJ GLASS"), G&E Welding (hereinafter referred to as

22 | "G&E"), Thomas Schoos  (hereinafter referred to as "SCHOOS")& Jennings Steine

23 | (hereinafter referred to as "JENNINGS, STEINE & CO. CERTIFIED PUBLIC

24 | ACCOUNTANTS") (collectively hereinafter referred to as "PETITIONING CREDITORS")

25 | DATED:        August 5, 2008 | LAW OFFICE OF BARUCH C. COHEN
A Professional Law Corporation
26

27 | By _____
Baruch C. Cohen, Esq.
*Attorney For Citizen Smith, LLC*
28

## GENERAL DENIAL

CITIZEN SMITH, LLC generally denies each and every allegation of PETITIONING CREDITORS's INVOLUNTARY.

## SPECIFIC DENIALS

Answering paragraph 1, CITIZEN SMITH, LLCs denies generally and specifically the allegation contained in paragraph 1 of the INVOLUNTARY.

Answering paragraph 3.a., CITIZEN SMITH, LLCs denies generally and specifically the allegation contained in paragraph 3.a. of the INVOLUNTARY.

## AFFIRMATIVE DEFENSES

On June 25, 2008, PETITIONING CREDITORS commenced the above-captioned INVOLUNTARY chapter 11 bankruptcy against CITIZEN SMITH LLC. The INVOLUNTARY lists five creditors:

| # | Name of Creditor | Signed By | Amount of Claim |
|---|---|---|---|
| 1 | Mike Brooks | Mike Brooks | $59,900.00 |
| 2 | VJ Glass & Mirror | Verezh Abrahamyan | $3,500.00 |
| 3 | G&E Welding | Galust Galscanyan | $3,400.00 |
| 4 | Thomas Schoos | Michael Berman | $120,000.00 |
| 5 | Jennings Steine | Deidre Streine, CPA | $85,533.65 |

It is CITIZEN SMITH LLC's position that the involuntary bankruptcy proceeding is not warranted by existing law & fact and is frivolous in violation of 11 U.S.C. § 303(b)(1). The filing of the INVOLUNTARY case by the PETITIONING CREDITORS has caused CITIZEN SMITH LLC embarrassment and has defamed CITIZEN SMITH LLC. Since the filing of the INVOLUNTARY,  CITIZEN SMITH LLC., has been compelled to retain and employ attorneys in this matter to answer and resist such petition and to represent CITIZEN SMITH LLC., generally in this case, all at a substantial cost.

CITIZEN SMITH LLC further believes that the PETITIONING CREDITORS have filed the INVOLUNTARY in an attempt to harass CITIZEN SMITH LLC and to pressure CITIZEN SMITH LLC to obtain tactical, procedural and financial advantages against CITIZEN SMITH

1  LLC in three state court litigations that are now pending in the Los Angeles Superior Court: (1)

2  *Citizen Smith LLC vs. Andrew Belchic*, LASC # BC393016; consolidated with (2) *Hollywood*

3  *Media Center, LLC, vs. Citizen Smith, LLC*, LASC # 08U04924 (an unlawful detainer action);

4  & (3) *Citizen Smith LLC vs Hollywood Media Center LLC et al*, LASC # BC390765

5  ### FIRST AFFIRMATIVE DEFENSE

6  CITIZEN SMITH, LLC alleges that the INVOLUNTARY fails to state a claim upon

7  which relief can be granted.

8  ### SECOND AFFIRMATIVE DEFENSE

9  CITIZEN SMITH, LLC alleges that BROOKS does not hold a claim against CITIZEN

10  SMITH, LLC., and is not a qualified creditor.[1] By reason of the foregoing, the PETITIONING

11  CREDITORS were not qualified to file and maintain the within INVOLUNTARY in violation

12  of 11 U.S.C. § 303(b)(1).

13  ### THIRD AFFIRMATIVE DEFENSE

14  CITIZEN SMITH, LLC alleges that VJ GLASS does not hold a claim against CITIZEN

15  SMITH, LLC., and is not a qualified creditor.[2] By reason of the foregoing, the PETITIONING

16  CREDITORS were not qualified to file and maintain the within INVOLUNTARY in violation

17  of 11 U.S.C. § 303(b)(1).

18  ### FOURTH AFFIRMATIVE DEFENSE

19  CITIZEN SMITH, LLC alleges that G&E does not hold a claim against CITIZEN

20  SMITH, LLC., and is not a qualified creditor.[3] By reason of the foregoing, the PETITIONING

21  CREDITORS were not qualified to file and maintain the within INVOLUNTARY in violation

22  of 11 U.S.C. § 303(b)(1).

23  ### FIFTH AFFIRMATIVE DEFENSE

24  _____

25  [1]A true and correct copy of BROOKS' Settlement Waiver & Release Agreement is attached hereto as Exhibit "1" and is incorporated herein by this reference.

26  [2]A true and correct copy of VJ GLASS' Settlement Waiver & Release Agreement is attached hereto as Exhibit "2" and is incorporated herein by this reference.

27

28  [3]A true and correct copy of G&E's Settlement Waiver & Release Agreement is attached hereto as Exhibit "3" and is incorporated herein by this reference.

1      CITIZEN SMITH, LLC alleges that SCHOOS does not hold a claim against CITIZEN

2  SMITH, LLC., and is not a qualified creditor. By reason of the foregoing, the PETITIONING

3  CREDITORS were not qualified to file and maintain the within INVOLUNTARY in violation

4  of 11 U.S.C. § 303(b)(1).

5                  **SIXTH AFFIRMATIVE DEFENSE**

6      CITIZEN SMITH, LLC alleges that JENNINGS, STEINE & CO. CERTIFIED

7  PUBLIC ACCOUNTANTS does not hold a claim against CITIZEN SMITH, LLC., and is not

8  a qualified creditor. By reason of the foregoing, the PETITIONING CREDITORS were not

9  qualified to file and maintain the within INVOLUNTARY in violation of 11 U.S.C. §

10  303(b)(1).

11                **SEVENTH AFFIRMATIVE DEFENSE**

12      CITIZEN SMITH, LLC alleges that it is in general paying its debts as such debts

13  become due excluding debts in a bona fide dispute. By reason of the foregoing, the

14  PETITIONING CREDITORS improperly invoked the jurisdiction of this court and came to this

15  court, a court equity, with unclean hands.

16                **EIGHTH AFFIRMATIVE DEFENSE**

17      CITIZEN SMITH, LLC alleges that by reason of the manner in which the

18  PETITIONING CREDITORS commenced and maintained this INVOLUNTARY case,

19  including, but not limited to their disregard of the Bankruptcy Code and their failure to utilize

20  their state court remedies, the INVOLUNTARY has been filed[4] and maintained[5] in bad faith in

21  violation of 11 U.S.C. § 303(i), F.R.C.P. 11, F.R.B.P. 9011, and 28 U.S.C. § 1927.

22  ///

23

24      [4]A true and correct copy of CITIZEN SMITH, LLC's letter dated July 8, 2008, to
GUBNER requesting that he substantiate that the involuntary bankruptcy proceeding was warranted

25  by existing law & fact and is not frivolous in violation of 11 U.S.C. § 303(b)(1), and GUBNER's
response letter is attached hereto as Exhibit "4" and is incorporated herein by this reference.

26

27      [5]A true and correct copy of CITIZEN SMITH, LLC's letter dated July 15, 2008, to
GUBNER attaching copies of PETITIONING CREDITORS' demand that the INVOLUNTARY
be withdraw and dismissed, and GUBNER'S response letter is attached hereto as Exhibit "5" and

28  is incorporated herein by this reference.

## NINTH AFFIRMATIVE DEFENSE

CITIZEN SMITH, LLC alleges that the VJ GLASS and G&E did not separately sign and verify the INVOLUNTARY; as the signatures for both are identical.[6] Therefore the INVOLUNTARY was not properly signed and verified by VJ GLASS and G&E in violation of F.R.B.P. 1008.[7]

**WHEREFORE**, CITIZEN SMITH, LLC prays that the Court issue the following judgment:

1. That the INVOLUNTARY be dismissed with prejudice;

2. The Court award CITIZEN SMITH, LLC's costs and reasonable fees in an amount which will be ascertained at trial, pursuant to 11 U.S.C. § 303(i), F.R.C.P. 11, F.R.B.P. 9011;

3. The Court sanction PETITIONING CREDITORS and counsel GUBNER for filing and maintaining this frivolous INVOLUNTARY in an amount which will be ascertained at trial together with punitive damages in an amount to be fixed by the Court against the PETITIONING CREDITORS pursuant to 11 U.S.C. § 303(i), F.R.C.P. 11, F.R.B.P. 9011;

4. The PETITIONING CREDITORS should show cause why an order should not be entered requiring PETITIONING CREDITORS to indemnify CITIZEN SMITH, LLC for costs, attorneys fees and damages caused by the filing of the INVOLUNTARY herein.

5. The PETITIONING CREDITORS file a bond to indemnity CITIZEN SMITH, LLC for such amounts as the court may later allow pursuant to section 303(i) of the Bankruptcy Code; and

6. For such other and further relief as the Court may deem just and proper.

---

[6] A true and correct copy of the INVOLUNTARY is attached hereto as Exhibit "6" and is incorporated herein by this reference.

[7] Rule 1008. Verification of Petitions and Accompanying Papers. All petitions, lists, schedules, statements and amendments thereto shall be verified or contain an unsworn declaration as provided in 28 U.S.C. § 1746.

1

2  DATED:      August 5, 2008          LAW OFFICE OF BARUCH C. COHEN
                                       A Professional Law Corporation
3

4                                      By _____
                                       Baruch C. Cohen, Esq.
5                                      *Attorney For Citizen Smith, LLC*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CITIZEN SMITH**

## SETTLEMENT, WAIVER AND RELEASE AGREEMENT

This Settlement, Waiver and Release Agreement (the **"Agreement"**) is made as of JUNE 30, 2008 (the **"Effective Date"**), by and between Citizen Smith, LLC. (**"CS"**) and VJ GLASS & MIRROR. LLC, a California corporation (**"VJ"**).

### RECITALS

**A.**    CS purchased certain materials and services from VJ, pursuant to those certain invoices identified on Exhibit A attached hereto (collectively the **"Purchase Order"**). Currently there is due VJ from CS the sum of $3500.00 on the purchase of these products (**"Debt"**). CS has prior refused to pay the full amount of the Debt because of certain financial or operational deficiencies.

**B.**    VJ and CS desire to settle this dispute according to the terms contained herein.

### CLAUSES

In consideration of the covenants and undertakings herein contained, the parties agree as follows:

**1.    Settlement Payment.** Concurrent with the receipt of an executed copy of this Agreement from VJ, CS will pay to VJ the sum of $3500.00 in full and final satisfaction of the Disputed Debt and any sums due from CS under the Purchase Order.

**2.    Release.**    VJ, on behalf of itself and its respective officers, directors, shareholders, employees, agents, partners, affiliates, successors and assigns (collectively the **"VJ GLASS & MIRROR"**), knowingly, irrevocably and unconditionally releases, renounces and forever discharges CS and its respective affiliates, agents, employees, officers, directors, shareholders, predecessors, successors and assigns (collectively the **"Citizen Smith Group"**), from any and all claims, demands, actions, rights, interests and causes of action (collectively, the **"Claims"**) which any member of the Craigs Electric Group has ever had, may now have, or may have in the future, which in any way pertain to all matters, facts, occurrences, actions or omissions which arose on or prior to the Effective Date and/or which in any manner involve, concern or are predicated on the Disputed Debt or the Purchase Order.   This release specifically includes, but is not limited to the waiver by VJ of any and all claims, liens, encumbrances, rights, or interests it may have against or be entitled to claim against CS.

*V. A*

**3.    Authority.** CS represents and warrants to VJ that:  (i) it has full authority to execute this Agreement; (ii) its execution of this Agreement does not require the consent of any third party and has been authorized by all appropriate and necessary corporate actions; (iii) all matters which are released in this Agreement have not been assigned, transferred or disposed of in fact, by operation of law or in any other manner; and (iv) this Agreement constitutes the legal, binding obligation of VJ, enforceable against it in accordance with its terms.

**4.    Prior Covenants, Warranties, and Representations of Craigs Electric.** All covenants, warranties, and representations made by VJ in all prior agreements between CS and VJ including the Purchase Order are hereby ratified, confirmed and reaffirmed by VJ and continue in full force and effect. Nothing herein contained shall limit or affect VJ's warranty obligations under its agreements with CS. In furtherance thereof, VJ agrees that with respect to all parts and services previously purchased by CS from VJ under the attached Purchase Order any warranty claim made by VJ shall be withheld.

**5.    General.**



Exhibit # 600 N CAHU Page #    *1*
LA CA 90028



**(a) Binding Effect.** This Agreement shall be binding upon and inure to the benefit of the VJ Glass & Mirror and the Citizen Smith Group and their respective heirs, personal representatives, successors and assigns.

**(b) Complete Understanding.** This Agreement constitutes the complete understanding between the parties. No alteration or modification of any provision of this Agreement shall be valid unless made in writing and signed by both the parties.

**(c) Severability.** If a court of competent jurisdiction rules that any one or more of the provisions of this Agreement are invalid, illegal or unenforceable in any respect, such invalidity, illegality or unenforceability shall not affect any other provisions of this Agreement, and this Agreement shall be construed as if it had never contained such invalid, illegal or unenforceable provision.

**(d) Counterparts.** This Agreement may be executed in any number of counterparts and each of such counterparts shall for all purposes constitute part of one original.

**(e) Costs of Enforcement.** In the event that either party institutes any proceedings to enforce the terms and conditions of this Agreement, all the costs or expenses (including reasonable attorneys' fees) incurred by the prevailing party hereto to enforce the terms and conditions of this agreement shall be paid by the other party in such proceedings.

**(f) Applicable Law.** The laws of the State of CA (other than those which pertain to conflicts of law) shall govern this Agreement, irrespective of the fact that any of the parties is presently or may become a resident of a different state. The parties shall submit all disputes which arise under this Agreement to state or federal courts located in the City of Los Angeles, CA for resolution. The parties acknowledge the aforesaid courts shall have exclusive jurisdiction over this Agreement and specifically waive any claims they may have that involve jurisdiction or venue, including but not limited to forum non conveniens.

**IN WITNESS WHEREOF,** the Parties have executed this Agreement as of the Effective Date.

Citizen Smith, LLC

VJ GLASS & MIRROR

SINCLAIR, JAWO
PRINT NAME

VREZO ABRAHYAN
PRINT NAME

JULY 2 '08
Date

07. 02. 08
Date

Exhibit # 1 Page # 2



## SETTLEMENT, WAIVER AND RELEASE AGREEMENT

This Settlement, Waiver and Release Agreement (the **"Agreement"**) is made as of JUNE 30, 2008 (the **"Effective Date"**), by and between Citizen Smith, LLC. (**"CS"**) and Mike Brooks, an individual residing in California and including all entities owned or operating under for the provision of "Contractor Services" or similar (**"MB"**).

## RECITALS

**A.**   CS purchased certain materials and services from MB, pursuant to those certain invoices identified on Exhibit A attached hereto (collectively the **"Purchase Order"**). Currently there is due MB from CS the sum of $59900.00 on the purchase of these products (**"Debt"**). CS has prior refused to pay the full amount of the Debt because of certain financial or operational deficiencies.

**B.**   MB and CS desire to settle this dispute according to the terms contained herein.

## CLAUSES

In consideration of the covenants and undertakings herein contained, the parties agree as follows:

**1.**   **Settlement Payment.** Concurrent with the receipt of an executed copy of this Agreement from MB, CS will pay to MB the sum of $20,000.00 in full and final satisfaction of the Disputed Debt and any sums due from CS under the Purchase Order.

**1.1**   **Promise To Pay.**   As of Wednesday July 16th 2008 and for a total of 5 (five) weeks, CS will make payments to MB of $2,000 by cashiers check available for pick up at 5:30pm on every Wednesday until a total of $10,000 has been paid. The promise to pay is unrelated to the full and final satisfaction of the Disputed Debt, MB has agreed to drop all pending, current or filed charges in any all form as per the Settlement Agreement and without reference or enforcement of the Promise to Pay.

**2.**   **Release.**   MB, on behalf of itself and its respective officers, directors, shareholders, employees, agents, partners, affiliates, successors and assigns (collectively the **"MB Group"**), knowingly, irrevocably and unconditionally releases, renounces and forever discharges CS and its respective affiliates, agents, employees, officers, directors, shareholders, predecessors, successors and assigns (collectively the **"Citizen Smith Group"**), from any and all claims, demands, actions, rights, interests and causes of action (collectively, the **"Claims"**) which any member of the Mike Brooks Group has ever had, may now have, or may have in the future, which in any way pertain to all matters, facts, occurrences, actions or omissions which arose on or prior to the Effective Date and/or which in any manner involve, concern or are predicated on the Disputed Debt or the Purchase Order.  This release specifically includes, but is not limited to the waiver by MB of any and all claims, liens, encumbrances, rights, or interests it may have against or be entitled to claim against CS.

**3.**   **Authority.** CS represents and warrants to MB that: (i) it has full authority to execute this Agreement; (ii) its execution of this Agreement does not require the consent of any third party and has been authorized by all appropriate and necessary corporate actions; (iii) all matters which are released in this Agreement have not been assigned, transferred or disposed of in fact, by operation of law or in any other manner; and (iv) this Agreement constitutes the legal, binding obligation of MB, enforceable against it in accordance with its terms.

1600 N CAHUENGA BLVD
LA CA 90028
323 461 5003

**Exhibit #** 2    **Page #** 1



**4.** **Prior Covenants, Warranties, and Representations of Mike Brooks.** All covenants, warranties, and representations made by MB in all prior agreements between CS and MB including the Purchase Order are hereby ratified, confirmed and reaffirmed by MB and continue in full force and effect. Nothing herein contained shall limit or affect MB's warranty obligations under its agreements with CS. In furtherance thereof, MB agrees that with respect to all parts and services previously purchased by CS from MB under the attached Purchase Order any warranty claim made by MB shall be withheld.

**5.** **General.**

(a) **Binding Effect.** This Agreement shall be binding upon and inure to the benefit of the Mike Brooks and the Citizen Smith Group and their respective heirs, personal representatives, successors and assigns.

(b) **Complete Understanding.** This Agreement constitutes the complete understanding between the parties. No alteration or modification of any provision of this Agreement shall be valid unless made in writing and signed by both the parties.

(c) **Severability.** If a court of competent jurisdiction rules that any one or more of the provisions of this Agreement are invalid, illegal or unenforceable in any respect, such invalidity, illegality or unenforceability shall not affect any other provisions of this Agreement, and this Agreement shall be construed as if it had never contained such invalid, illegal or unenforceable provision.

(d) **Counterparts.** This Agreement may be executed in any number of counterparts and each of such counterparts shall for all purposes constitute part of one original.

(e) **Costs of Enforcement.** In the event that either party institutes any proceedings to enforce the terms and conditions of this Agreement, all the costs or expenses (including reasonable attorneys' fees) incurred by the prevailing party hereto to enforce the terms and conditions of this agreement shall be paid by the other party in such proceedings.

(f) **Applicable Law.** The laws of the State of CA (other than those which pertain to conflicts of law) shall govern this Agreement, irrespective of the fact that any of the parties is presently or may become a resident of a different state. The parties shall submit all disputes which arise under this Agreement to state or federal courts located in the City of Los Angeles, CA for resolution. The parties acknowledge the aforesaid courts shall have exclusive jurisdiction over this Agreement and specifically waive any claims which they may have that involve jurisdiction or venue, including but not limited to forum non conveniens.

**IN WITNESS WHEREOF,** the Parties have executed this Agreement as of the Effective Date.

Citizen Smith, LLC

SINCLAIR, DAVID
PRINT NAME

JULY 2 08
Date

Mike Brooks

PRINT NAME

7-2-08
Date

1600 N CAHUENGA BLVD
LA CA 90028
323 461 5003

**Exhibit # 2 Page # 2**



**7/2/2008 3:55 PM**

I MIKE BROOKS have received the sum of $20,000 (twenty thousand dollars) in cash from Citizen Smith as per the attached settlement agreement.

SIGNED:

PRINT: Michael Brooks

DATE: 7-2-08

DL NUMBER: A 2236544

WITNESS TO TRANSFER OF $20,000 CASH FROM CITIZEN SMITH TO MIKE BROOKS

SIGNED:

PRINT: Hunter G. Hall

SIGNED:

PRINT: Emerson Duane

SIGNED:

PRINT: Collin Thalken

On behalf of Citizen Smith:

SIGNED:

PRINT: SINCLAIR, JAMES

1600 N CAHUENGA BLVD
LA CA 90028
323 461 5003

**Exhibit #** 2 **Page #** 3



## SETTLEMENT, WAIVER AND RELEASE AGREEMENT

This Settlement, Waiver and Release Agreement (the **"Agreement"**) is made as of JUNE 30, 2008 (the **"Effective Date"**), by and between Citizen Smith, LLC. (**"CS"**) and G&E WELDING. LLC, a California corporation (**"GE"**).

## RECITALS

**A.**    CS purchased certain materials and services from GE, pursuant to those certain invoices identified on Exhibit A attached hereto (collectively the **"Purchase Order"**). Currently there is due GE from CS the sum of $3400.00 on the purchase of these products (**"Debt"**). CS has prior refused to pay the full amount of the Debt because of certain financial or operational deficiencies.

**B.**    GE and CS desire to settle this dispute according to the terms contained herein.

## CLAUSES

In consideration of the covenants and undertakings herein contained, the parties agree as follows:

**1.    Settlement Payment.** Concurrent with the receipt of an executed copy of this Agreement from GE, CS will pay to GE the sum of $3400.00 in full and final satisfaction of the Disputed Debt and any sums due from CS under the Purchase Order.

**2.    Release.**    GE, on behalf of itself and its respective officers, directors, shareholders, employees, agents, partners, affiliates, successors and assigns (collectively the **"GE WELDING"**), knowingly, irrevocably and unconditionally releases, renounces and forever discharges CS and its respective affiliates, agents, employees, officers, directors, shareholders, predecessors, successors and assigns (collectively the **"Citizen Smith Group"**), from any and all claims, demands, actions, rights, interests and causes of action (collectively, the **"Claims"**) which any member of the Craigs Electric Group has ever had, may now have, or may have in the future, which in any way pertain to all matters, facts, occurrences, actions or omissions which arose on or prior to the Effective Date and/or which in any manner involve, concern or are predicated on the Disputed Debt or the Purchase Order.  This release specifically includes, but is not limited to the waiver by GE of any and all claims, liens, encumbrances, rights, or interests it may have against or be entitled to claim against CS.

**3.    Authority.** CS represents and warrants to GE that:  (i) it has full authority to execute this Agreement; (ii) its execution of this Agreement does not require the consent of any third party and has been authorized by all appropriate and necessary corporate actions; (iii) all matters which are released in this Agreement have not been assigned, transferred or disposed of in fact, by operation of law or in any other manner; and (iv) this Agreement constitutes the legal, binding obligation of GE, enforceable against it in accordance with its terms.

**4.    Prior Covenants, Warranties, and Representations of Craigs Electric.** All covenants, warranties, and representations made by GE in all prior agreements between CS and GE including the Purchase Order are hereby ratified, confirmed and reaffirmed by GE and continue in full force and effect.  Nothing herein contained shall limit or affect GE's warranty obligations under its agreements with CS. In furtherance thereof, GE agrees that with respect to all parts and services previously purchased by CS from GE under the attached Purchase Order any warranty claim made by GE shall be withheld.

**5.    General.**

1600 N CAHUENGA BLVD
LA CA 90028

Exhibit # __3__ Page # __1__



(a) **Binding Effect.**  This Agreement shall be binding upon and inure to the benefit of the GE WELDING and the Citizen Smith Group and their respective heirs, personal representatives, successors and assigns.

(b) **Complete Understanding.**  This Agreement constitutes the complete understanding between the parties.  No alteration or modification of any provision of this Agreement shall be valid unless made in writing and signed by both the parties.

(c) **Severability.**  If a court of competent jurisdiction rules that any one or more of the provisions of this Agreement are invalid, illegal or unenforceable in any respect, such invalidity, illegality or unenforceability shall not affect any other provisions of this Agreement, and this Agreement shall be construed as if it had never contained such invalid, illegal or unenforceable provision.

(d) **Counterparts.**  This Agreement may be executed in any number of counterparts and each of such counterparts shall for all purposes constitute part of one original.

(e) **Costs of Enforcement.**  In the event that either party institutes any proceedings to enforce the terms and conditions of this Agreement, all the costs or expenses (including reasonable attorneys' fees) incurred by the prevailing party hereto to enforce the terms and conditions of this agreement shall be paid by the other party in such proceedings.

(f) **Applicable Law.**  The laws of the State of CA (other than those which pertain to conflicts of law) shall govern this Agreement, irrespective of the fact that any of the parties is presently or may become a resident of a different state.  The parties shall submit all disputes which arise under this Agreement to state or federal courts located in the City of Los Angeles, CA for resolution. The parties acknowledge the aforesaid courts shall have exclusive jurisdiction over this Agreement and specifically waive any claims which they may have that involve jurisdiction or venue, including but not limited to forum non conveniens.

**IN WITNESS WHEREOF**, the Parties have executed this Agreement as of the Effective Date.

_____
Citizen Smith, LLC

_____
PRINT NAME     SINCLAIR, JAMES.

_____
Date     JULY 02 08

_____
GE WELDING

_____
PRINT NAME     GEORGE GASTANYA

_____
Date     7/2/08

1600 N CAHUENGA BLVD
LA CA 90028
777 451 5003

Exhibit #  3   Page # 2

בס"ד

Law Office of

# Baruch C. Cohen, Esq.

A Professional Law Corporation

---

4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010-3823

Telephone: (323) 937-4501
Facsimile: (323) 937-4503

July 8, 2008

*Via Facsimile Transmission: 818-827-9099, and email: sgubner@ebg-law.com*

Steven T. Gubner, Esq.
Ezra | Brutzkus | Gubner LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91436

Re:    *In re Citizen Smith, LLC, USBC 2:08-bk-19197-SB*

Dear Steven:

I left you a message this morning informing you that this office has been retained as special bankruptcy litigation counsel by Citizen Smith, LLC. ("Citizen Smith"), to respond to the involuntary bankruptcy proceeding that you commenced on June 25, 2008. Please direct any and all communications to my attention. If you need to reach me after hours, my cell phone is 323-353-9535. My email is BCC4929@aol.com.

This letter is being written to you to remind you of your liabilities in light of 11 U.S.C. § 303(i), F.R.C.P. 11, F.R.B.P. 9011, and 28 U.S.C. § 1927.

The Involuntary Petition lists five creditors:

| #   | Name of Creditor | Amount of Claim |
|-----|------------------|-----------------|
| 1   | Mike Brooks      | $59,900.00      |
| 2   | VJ Glass & Mirror | $3,500.00      |
| 3   | G&E Welding      | $3,400.00       |
| 4   | Thomas Schoos    | $120,000.00     |
| 5   | Jennings Steine  | $85,533.65      |

It is Citizen Smith's position that the involuntary bankruptcy proceeding is not warranted by existing law & fact and is frivolous because the five claims are in violation of 11 U.S.C. § 303(b)(1).

///
///
///

Exhibit # __4__    Page # __1__

To: Steven T. Gubner, Esq.
From: Baruch C. Cohen, Esq.
July 8, 2008
Page 2

בס"ד

Accordingly, request is hereby made that you produce the following evidence to me by Thursday July 10, 2008:

1.   that Mike Brooks' claim:
  a.   is not contingent as to liability;
  b.   is not the subject of a bona fide dispute as to liability;
  c.   is not the subject of a bona fide dispute as to amount;
  d.   Please produce this creditor's invoices and proof of claim.

2.   that VJ Glass & Mirror's claim:
  a.   is not contingent as to liability;
  b.   is not the subject of a bona fide dispute as to liability;
  c.   is not the subject of a bona fide dispute as to amount;
  d.   Please produce this creditor's invoices and proof of claim.

3.   that G&E Welding's claim:
  a.   is not contingent as to liability;
  b.   is not the subject of a bona fide dispute as to liability;
  c.   is not the subject of a bona fide dispute as to amount;
  d.   Please produce this creditor's invoices and proof of claim.

4.   that Thomas Schoos' claim:
  a.   is not contingent as to liability;
  b.   is not the subject of a bona fide dispute as to liability;
  c.   is not the subject of a bona fide dispute as to amount;
  d.   Please produce this creditor's invoices and proof of claim.

5.   that Jennings Steine's claim:
  a.   is not contingent as to liability;
  b.   is not the subject of a bona fide dispute as to liability;
  c.   is not the subject of a bona fide dispute as to amount;
  d.   Please produce this creditor's invoices and proof of claim.

Finally, please provide your evidence to prove your allegation that Citizen Smith is not paying its debts as they become due.

If you have any questions or comments regarding the above, please do not hesitate to call.

Respectfully,

BARUCH C. COHEN
cc:   Citizen Smith, LLC
F:\DOCS\CITIZEN-SMITH\STEVEN-GUBNER-01.LTR.wpd
7/8-7:50am

Exhibit #__4__ Page #__8__

```
                            ***********************
                            ***   TX REPORT   ***
                            ***********************

        TRANSMISSION OK

        TX/RX NO                2789
        CONNECTION TEL
        SUBADDRESS                          18188279099
        CONNECTION ID
        ST. TIME                07/08 07:46
        USAGE T                 01'02
        PGS. SENT                  2
        RESULT                  OK
```

בס"ד

Law Office of
# Baruch C. Cohen, Esq.
A Professional Law Corporation

_____

4929 Wilshire Boulevard, Suite 940                    Telephone: (323) 937-4501
Los Angeles, California 90010-3823                    Facsimile: (323) 937-4503

July 8, 2008

*__Via Facsimile Transmission: 818-827-9099, and email: sgubner@ebg-law.com__*

Steven T. Gubner, Esq.
Ezra | Brutzkus | Gubner LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91436

Re:    *__In re Citizen Smith, LLC, USBC 2:08-bk-19197-SB__*

Dear Steven:

I left you a message this morning informing you that this office has been retained as special
bankruptcy litigation counsel by Citizen Smith, LLC. ("Citizen Smith"), to respond to the
involuntary bankruptcy proceeding that you commenced on June 25, 2008. Please direct any
and all communications to my attention. If you need to reach me after hours, my cell phone is
323-353-9535. My email is BCC4929@aol.com.

This letter is being written to you to remind you of your liabilities in light of 11 U.S.C. §
303(i), F.R.C.P. 11, F.R.B.P. 9011, and 28 U.S.C. § 1927.

The Involuntary Petition lists five creditors:

| # | Name of Creditor | Amount of Claim |
|---|------------------|-----------------|
| 1 | Mike Brooks      | $59,900.00      |
| 2 | VJ Glass & Mirror | $3,500.00      |

Exhibit # __4__    Page # __3__

Subj:     **Citizen Smith**
Date:     7/8/2008 7:50:43 A.M. Pacific Daylight Time
From:     BCC4929
To:       sgubner@ebg-law.com
BCC:      james@thepajagroup.com

**F:\DOCS\CITIZEN-SMITH\STEVEN-GUBNER-01.LTR.wpd**
**7/8-7:49am**
in pdf format

Baruch

—

Baruch C. Cohen, Esq.
Law Office of Baruch C. Cohen, APLC
4929 Wilshire Boulevard, Suite 940
Los Angeles, CA 90010
Telephone (323) 937-4501
Facsimile (323) 937-4503
cell phone: (323) 353-9535
<u>new</u> e-mail: BCC4929@aol.com

This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and is legally privileged.

This e-mail is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail and destroy this communication. Thank you.

Gas prices getting you down? Search AOL Autos for fuel-efficient <u>used cars</u>.

Exhibit #  4   Page #  4



Ezra Brutzkus Gubner LLP
*A Limited Liability Partnership*

Warner Center
21650 Oxnard Street
Suite 500
Woodland Hills, CA 91367

T 818.827.9000
F 818.827.9099
www.ebg-law.com



Daniel H. Gill
T 818.827.9117
F 818.932.3652
dgill@ebg-law.com

July 10, 2008

<u>VIA EMAIL AND FIRST CLASS MAIL</u>

Baruch C. Cohen, Esq.
Law Office of Baruch C. Cohen
4929 Wilshire Boulevard, Suite 940
Los Angeles, CA  90010-3823

Re:   **Citizen Smith**
      **Our File No. 2794.001**

Dear Mr. Cohen:

Please allow the following in response to your letter of July 8, 2008 to Steven Gubner.  We are providing these responses to your informal discovery out of courtesy.

Regarding all of the five petitioning creditors, it should be noted that your client has access to all the appropriate documentation supporting these claims – each should be duly noted and recorded in the company's books and records, assuming these are properly maintained (and if not, such failure further supports the entry of an order for relief).  However, for your convenience we are providing the enclosed support.

However, we do not believe it is our duty to prove the negative:  that the petitioners' claims "are not subject to bona fide dispute."  We make that assertion.  If your client disputes the claims, please advise us of the nature and grounds for such dispute.  Similarly, we do not have any intentions of preparing proofs of claim prior to the entry of an order for relief.  If it becomes necessary in the administration of the case to file proofs of claim, the petitioners will do so.

Your client has already confirmed the legitimacy and eligibility of the claims of Mike Brooks, VJ Glass & Mirror, and G&E Welding, when James Sinclair caused each of these creditors to be paid in the amount of his or its claims stated on the petition.  As you know, the fact that one or more petitioning creditors is paid subsequent to the filing of the petition does not render the involuntary petition invalid.  See, e.g., <u>In re Carvalho Industries, Inc.</u>, 68 B.R. 254, 256 (Bankr. .D.Or., 1986):

Exhibit #___4___   Page #___5___

Ezra Brutzkus Gubner LLP
*A Limited Liability Partnership*

Baruch C. Cohen, Esq.
July 10, 2008
Page 2

Post-petition payment of one or all petitioning creditors does not deprive the court of jurisdiction or require dismissal of the petition. Reed v. Thornton, 43 F.2d 813 (9th Cir.1930); In re Claxton, 21 B.R. 905 (Bankr.E.D.Va.1982). The petition is not rendered insufficient for lack of sufficient number of eligible creditors under Section 303(b)(1). In re Sjostedt, 57 B.R. 117 (Bankr. M.D.Fla.1986).

Important policy considerations underlie this rule, which is aimed at avoiding collusion between petitioners and the debtor. An involuntary petition protects all creditors of the debtor not only those presently before the court. In re Claxton, 21 B.R. 905, 908, 909.

Accordingly, the claims of those three petitioning creditors were unquestionably valid, and technically we can end our analysis here. Nevertheless, we will provide some support for the remaining two creditors.

Enclosed herewith is a copy of invoice no. 12427 of Jennings, Steine & Co. for general accounting and tax preparation services. This invoice and others remain outstanding and unpaid. There is no dispute that the services were provided and the invoices unpaid.

We are still in the process of collecting proof of indebtedness from Thomas Schoos Design, Inc. for their services providing construction, equipment and furnishings, and we can provide further detail in the near future. Clearly, each of the creditors executing the involuntary petition was eligible to do so, and the petition remains valid.

Finally, regarding your question about Citizen Smith's paying its bills as they come due, we refer you to your client and its books and records. Is the company current on its lease, for example? You will find that the answer is no. In the meantime, we will conduct discovery which will easily turn up wholesale evidence of your client's failure to pay its bills as they come due. If you have not discovered this truth yet, you soon will: Citizen Smith is in trouble, and its affairs are not being conducted adequately to preserve its value as a going concern. It is plain that insolvency proceedings are indicated to prevent the company's many legitimate creditors from suffering from continued waste.

Exhibit # 4  Page # 6

Ezra Brutzkus Gubner LLP
*A Limited Liability Partnership*

Baruch C. Cohen, Esq.
July 10, 2008
Page 3

Thank you for your consideration of the foregoing.

Sincerely,

DANIEL H. GILL

DHG:nf

Enclosure

cc:    Steven T. Gubner, Esq. (i/o)
       Karla Bagley, Parlegal

67480

Exhibit # 4   Page # 7

# JENNINGS, STEINE &CO. CERTIFIED PUBLIC ACCOUNTANTS

CITIZEN SMITH, LLC
1600 N. CAHUENGA BLVD.
LOS ANGELES, CA. 90028

| | |
|---|---|
| Invoice No. | 12427 |
| Date | 6/5/2008 |
| Client No. | 02355-03600 |

PLEASE DETACH UPPER PORTION AND RETURN WITH REMITTANCE

| DATE | SERVICE STAFF | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 11/5/2007 | Bus mgt - general | | | |
| | E-mail Mindy Sullivan re issues on her investment | | | |
| | Steine | 0.10 | $350.00 | 35.00 |
| 11/8/2007 | Bus mgt - general | | | |
| | E-mail Patrick Johnston re address issues on k-1s | | | |
| | Steine | 0.10 | $350.00 | 35.00 |
| 11/13/2007 | Bus mgt - general | | | |
| | Review latest financial information; discussion with Mandy, Michele re updates needed, timing and open issues | | | |
| | Steine | 1.50 | $350.00 | 525.00 |
| 11/16/2007 | Bus mgt - general | | | |
| | Phone J. Boylan re Andrew Belchic's wife subpoena for records | | | |
| | Steine | 0.10 | $350.00 | 35.00 |
| 11/20/2007 | Workpaper preparation | | | |
| | Create pdf's of construction and operating general ledgers | | | |
| | Jennings-F | 0.50 | $250.00 | 125.00 |
| 11/26/2007 | Bus mgt - general | | | |
| | Phone Taylor re Michael Schitz issues | | | |
| | Steine | 0.10 | $350.00 | 35.00 |
| 12/3/2007 | Payroll processing | | | |
| | Process payroll | | | |
| | Jennings-F | 2.00 | $250.00 | 500.00 |
| 12/3/2007 | Bus mgt - general | | | |
| | E-mail J. Boylan re information re Andrew Belchic | | | |
| | Steine | 0.10 | $350.00 | 35.00 |
| 12/6/2007 | Tax correspondence | | | |
| | Talk to IRS about EIN 's. | | | |
| | Sands | 1.50 | $175.00 | 262.50 |
| 12/6/2007 | Bus mgt - general | | | |
| | Discussion with Johnna Boylan re information request on Andrew Belchic | | | |
| | Steine | 0.20 | $350.00 | 70.00 |
| 12/17/2007 | Payroll processing | | | |

A SERVICE CHARGE OF 1 % PER MONTH WILL BE APPLIED TO ACCOUNTS NOT PAID WITHIN 60 DAYS OF THE ORIGINAL INVOICE DATE

12100 Wilshire Boulevard • Suite 400 • Los Angeles • CA • 90025    310.478.4545 TEL    310.442.2024 FAX    www.jenningssteine.com

Exhibit # __4__ Page # __8__

# JENNINGS, STEINE &CO. CERTIFIED PUBLIC ACCOUNTANTS

CITIZEN SMITH, LLC
1600 N. CAHUENGA BLVD.
LOS ANGELES, CA 90028

Invoice No.    12427
Date           6/5/2008
Client No.     02355-03600

Page 2

*PLEASE DETACH UPPER PORTION AND RETURN WITH REMITTANCE*

| DATE | SERVICE | STAFF | HOURS | RATE | AMOUNT |
|------|---------|-------|-------|------|--------|
| | Process payroll | Jennings-F | 2.00 | $250.00 | 500.00 |
| 12/17/2007 | Bus mgt - general | | | | |
| | Prepare information for J. Boylen re subpoena of. records on Andrew Belchic | Steine | 0.50 | $350.00 | 175.00 |

|  | | |
|---|---|---|
| Current Amount Due | | 2,332.50 |
| Prior Balance | | 83,201.15 |
| Total Amount Due | $ | 85,533.65 |

A SERVICE CHARGE OF 1 % PER MONTH WILL BE APPLIED TO ACCOUNTS NOT PAID WITHIN 60 DAYS OF THE ORIGINAL INVOICE DATE
12100 Wilshire Boulevard · Suite 400 · Los Angeles · CA·90025    310.478.4545TEL  310.442.2024FAX  www.jenningssteine.com

Exhibit #  4   Page #  9

בס"ד

Law Office of

# Baruch C. Cohen, Esq.

A Professional Law Corporation

4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010-3823

Telephone: (323) 937-4501
Facsimile: (323) 937-4503



July 15, 2008

**_Via Facsimile Transmission: 818-827-9099_**

Steven T. Gubner, Esq.
Ezra | Brutzkus | Gubner LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91436

Re:    _In re Citizen Smith, LLC, USBC 2:08-bk-19197-SB_

Dear Steven:

This letter is being written to you in furtherance of your liabilities in light of 11 U.S.C. §
303(i), F.R.C.P. 11, F.R.B.P. 9011, and 28 U.S.C. § 1927.

On July 14, 2008, you were faxed the enclosed written instructions from three of your five
clients (VJ Glass & Mirror, G&E Welding & Mike Brooks) to withdraw their petition and to
dismiss the bankruptcy. Accordingly, demand is hereby made that you file the motion to
dismiss the involuntary immediately.

The Summons of the Involuntary was served by mail on July 2, 2008. Pursuant to Federal
Rule of Bankruptcy Procedure §§ 1011(b) and 9006(f), Citizen Smith has 23 days from July 2,
2008 to respond, which by my calculation is Friday July 25, 2008. Please advise in writing by
the close of business tomorrow July 16, 2008, that in light of your decision to file a motion to
dismiss the involuntary, that no responsive pleading will be due by Citizen Smith and that you
(will not be seeking a default) because you are dismissing the case.

If you have any questions or comments regarding the above, please do not hesitate to call.

Respectfully,

BARUCH C. COHEN
cc:    Citizen Smith, LLC
Enclosures
F:\DOCS\CITIZEN-SMITH\STEVEN-GUBNER-02.LTR.wpd
7/15-3:58pm

**Exhibit #** 5    **Page #** 1

7/14/2008

Steven T. Gubner
**Ezra | Brutzkus | Gubner LLP**
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Fax: 818-827-9099

Please take this written notice that I no longer want to be a petitioning creditor of the involuntary bankruptcy of Citizen Smith and therefore withdraw my petition and if feasible to dismiss the involuntary.

Please provide me with written confirmation of same.

Many Thanks

VREZ ABRAMYAN

VJ GLASS & MIRROR

cc: James Sinclair, Citizen Smith

Exhibit # 5    Page # 2

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of __Los Angeles__ } ss.

On __July 14, 2008__, before me, __Darna R Caldwell, Notary Public__,
               Date                              Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally    appeared    __Vrez Abramyan__
                                         Name(s) of Signer(s)

☐ personally known to me

☒ proved to me on the basis of satisfactory evidence
to be the person(s) whose name(s) is/are subscribed
to the within instrument and acknowledged to me that
he/she/they executed the same in his/her/their
authorized capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s), or the
entity upon behalf of which the person(s) acted,
executed the instrument.

WITNESS my hand and official seal.

_Darna R Caldwell_
              Signature of Notary Public

Place Notary Seal Above

────── **OPTIONAL** ──────
*Though the information below is not required by law, it may prove valuable to persons relying on the document
and could prevent fraudulent removal and reattachment of this form to another document.*

## Description of Attached Document

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

## Capacity(ies) Claimed by Signer(s)

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

**RIGHT THUMBPRINT OF SIGNER**
Top of thumb here

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

**RIGHT THUMBPRINT OF SIGNER**
Top of thumb here

© 2004 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402    Item No. 5607    Reorder: Call Toll-Free 1-800-876-6827

Exhibit # __5__    Page # __3__

7/14/2008

Steven T. Gubner
**Ezra | Brutzkus | Gubner LLP**
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Fax: 818-827-9099

Please take this written notice that I no longer want to be a petitioning creditor of the involuntary bankruptcy of Citizen Smith and therefore withdraw my petition and if feasible to dismiss the involuntary.

Please provide me with written confirmation of same.

Many Thanks

GE WELDING                    GALUST GALSTANYAN

cc: James Sinclair, Citizen Smith

Exhibit #  5  Page # 4

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of __Los Angeles__ } ss.

On __July 14, 2008__, before me, __Danna R Caldwell, Notary Public__
Date                                          Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally appeared __Galust Galstanyan__
                                              Name(s) of Signer(s)

☐ personally known to me

☒ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

DANNA R. CALDWELL
Commission # 1639204
Notary Public - California
Los Angeles County
My Comm. Expires Jan 17, 2010

Place Notary Seal Above

WITNESS my hand and official seal.

_____
Signature of Notary Public

--- OPTIONAL ---

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

## Description of Attached Document

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

## Capacity(ies) Claimed by Signer(s)

| Signer's Name: _____ | Signer's Name: _____ |
|---|---|
| ☐ Individual | ☐ Individual |
| ☐ Corporate Officer — Title(s): _____ | ☐ Corporate Officer — Title(s): _____ |
| ☐ Partner — ☐ Limited ☐ General | ☐ Partner — ☐ Limited ☐ General |
| ☐ Attorney in Fact | ☐ Attorney in Fact |
| ☐ Trustee | ☐ Trustee |
| ☐ Guardian or Conservator | ☐ Guardian or Conservator |
| ☐ Other: _____ | ☐ Other: _____ |
| RIGHT THUMBPRINT OF SIGNER — Top of thumb here | RIGHT THUMBPRINT OF SIGNER — Top of thumb here |
| Signer is Representing: _____ | Signer is Representing: _____ |

© 2004 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402    Item No. 5907    Reorder: Call Toll-Free 1-800-876-6827

Exhibit # __5__ Page # __5__

7/14/2008

Steven T. Gubner
**Ezra | Brutzkus | Gubner LLP**
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Fax: 818-827-9099

On July 08 2008, I informed you that I no longer wanted to be a petitioning creditor of the involuntary bankruptcy of Citizen Smith and instructed you orally to withdraw my petition and to dismiss the involuntary. Therefore, I must instruct you in writing to withdraw my petition and to dismiss the involuntary bankruptcy immediately. Please provide me with written confirmation of same.

Many Thanks


Mike Brooks

cc: James Sinclair, Citizen Smith

Exhibit #  5   Page #  6

# Acknowledgement

State of California
County of Los Angeles

On _Suly 14th_,2008  before me, Christopher D. Turner Notary Public, personally
appeared _Michael  Brooks_
who proved to me on the basis of satisfactory evidence to be the person(s) whose
name(s) is/are subscribed to the within instrument and acknowledged to me that
he/she/they executed the same in his/her/their authorized capacity(ies), and that
by his/her/their signature(s) on the instrument the person(s), or the entity upon
behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that
the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)



CHRISTOPHER D. TURNER
Commission # 1696778
Notary Public · California
Los Angeles County
My Comm. Expires Sep 30, 2010

Exhibit # _5_  Page # _7_

TRANSMISSION VERIFICATION REPORT

TIME  : 07/14/2008 15:35
NAME  :
FAX   :
TEL   :
SER.# : BROJ5J344840

| | |
|---|---|
| DATE,TIME | 07/14  15:34 |
| FAX NO./NAME | 18188279099 |
| DURATION | 00:01:22 |
| PAGE(S) | 06 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

Exhibit # 5    Page # 8

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                    2815
CONNECTION TEL
SUBADDRESS                           18188279099
CONNECTION ID
ST. TIME                    07/15 16:05
USAGE T                     02'49
PGS. SENT                      8
RESULT                      OK
```

בס״ד

## Law Office of
# Baruch C. Cohen, Esq.
A Professional Law Corporation

4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010-3823

Telephone: (323) 937-4501
Facsimile: (323) 937-4503

July 15, 2008

_**Via Facsimile Transmission: 818-827-9099**_

Steven T. Gubner, Esq.
Ezra | Brutzkus | Gubner LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91436

Re:    _**In re Citizen Smith, LLC, USBC 2:08-bk-19197-SB**_

Dear Steven:

This letter is being written to you in furtherance of your liabilities in light of 11 U.S.C. § 303(i), F.R.C.P. 11, F.R.B.P. 9011, and 28 U.S.C. § 1927.

On July 14, 2008, you were faxed the enclosed written instructions from three of your five clients (VJ Glass & Mirror, G&E Welding & Mike Brooks) to withdraw their petition and to dismiss the bankruptcy. Accordingly, demand is hereby made that you file the motion to dismiss the involuntary immediately.

The Summons of the Involuntary was served by mail on July 2, 2008. Pursuant to Federal Rule of Bankruptcy Procedure §§ 1011(b) and 9006(f), Citizen Smith has 23 days from July 2, 2008 to respond, which by my calculation is Friday July 25, 2008. Please advise in writing by the close of business tomorrow July 16, 2008, that in light of your decision to file a motion to dismiss the involuntary, that no responsive pleading will be due by Citizen Smith and that you (will not be seeking a default) because you are dismissing the case.

Exhibit #  5   Page #  7

If you have any questions or comments regarding the above, please do not hesitate to call

# EB+G

Ezra Brutzkus Gubner LLP
*A Limited Liability Partnership*

Warner Center
21650 Oxnard Street
Suite 500
Woodland Hills, CA 91367

T 818.827.9000
F 818.827.9099
www.ebg-law.com

Daniel H. Gill
T 818.827.9117
F 818.932.3652
dgill@ebg-law.com

July 16, 2008

**VIA EMAIL**

Baruch C. Cohen, Esq.
Law Office of Baruch C. Cohen
4929 Wilshire Boulevard, Suite 940
Los Angeles, CA  90010-3823

Re:    **Citizen Smith**
        **Our File No. 2794.001**

Dear Mr. Cohen,

Please allow this in response to your letter to Steven Gubner of July 15, 2008 in the above-referenced matter.

As you most certainly are aware, as attorneys we are duty bound not to discuss with you any of our conversations or correspondence with our client. This includes whatever instructions my client may or may not have given my firm. Any response to our client's correspondence attached to your July 15, 2008 letter, if there were any response, would not be something I would share with you.

As to your reference to "three of [our] five clients," I am not certain whom you are talking about. The involuntary petition makes clear whom we represent in this proceeding.

In a similar vein I am sure that before acting on its behalf, you confirmed that the person hiring you on behalf of Citizen Smith had the authority to do so, and that the actions you take are in fact authorized by the alleged debtor. If at a later date it becomes apparent that you do or did not hold proper authorization, all rights are reserved on behalf of our client or anyone else we might represent in the future in this case.

Regarding your threat of pursuing Mr. Gubner or this firm for sanctions pursuant to Section 303(i) and Rule 11, those are not well met and are little more than the rattling of a rubber saber. However, if your client (who you previously stated is Citizen Smith) wishes to pursue our firm for damages under those sections, be assured we will respond accordingly.

Exhibit #  5    Page #  10

Ezra Brutzkus Gubner LLP
*A Limited Liability Partnership*

Baruch C. Cohen, Esq.
July 16, 2008
Page 2

Whatever action this firm takes vis-a-vis the involuntary petition will present itself to you in due course. Please do not expect us to offer you any other response before – or after – the expiration of your July 16 deadline. We are not prepared to make any statement upon which you may rely regarding Citizen Smith's answer to the petition.

Thank you for your attention to this matter. I would be happy to discuss the matter further should you wish to call.

Sincerely,

DANIEL H. GILL

DHG:da

cc:   Steven T. Gubner, Esq.

Exhibit #__5__   Page #__11__

Form B5 (Official Form 5) - (Rev. 12/07)

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | 2007 USBC, Central District of California **Involuntary Petition** |

**IN RE (Name of Debtor - If Individual: Last, First, Middle)**
Citizen Smith, LLC

**ALL OTHER NAMES used by the debtor in the last 8 years** (Include married, maiden, and trade names.)

**Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.** (if more than one, state all.):

**STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)** 1600 and 1602 N. Cahuenga Blvd.
Hollywood, CA 90028

**MAILING ADDRESS OF DEBTOR (If different from street address)**

**County of Residence or Principal Place of Business**
Los Angeles

**ZIP CODE** 90028

**ZIP CODE**

**LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)**

**CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED**

[ ] Chapter 7    [X] Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Name of Debts** (Check one box.)

Petitioners believe:

[ ] Debts are primarily consumer debts
[X] Debts are primarily business debts

**Type of Debtor** (Form of Organization)

[ ] Individual (Includes Joint Debtor)
[X] Corporation (Includes LLC and LLP)
[ ] Partnership
[ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)

[ ] Health Care Business
[ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
[ ] Railroad
[ ] Stockbroker
[ ] Commodity Broker
[ ] Clearing Bank
[X] Other Restaurant

### VENUE

[X] Debtor has been domiciled or has had a residence, principal place of business or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this District.

### FILING FEE (Check one box)

[X] Full Filing Fee attached

[ ] Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. [If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
| Relationship | District | Judge |

### ALLEGATIONS (Check applicable boxes)

1. [X] Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. [X] The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. [X] The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
  b. [ ] Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**THIS SPACE FOR COURT USE ONLY**
**FILED**
JUN 25 2008
CLERK U.S. BANKRUPTCY CO
CENTRAL DISTRICT OF CALIF
BY:

08-19197 SB

Exhibit # ___6___ Page # ___1___

CCD-B5

Form B5 (Official Form 5) - Page 2 (Rev. 12/07)                                    2007 USBC, Central District of California

| **Involuntary Petition** | Name of Debtor |
|---|---|
| | Citizen Smith, LLC |

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| X _____ | X _____ June 20, 2008 |
|---|---|
| Signature of Petitioner or Representative (State Title) | Signature of Attorney                          Date |
| Mike Brooks                          6/18/08 | Steven T. Gubner    SBN 156593 |
| Name of Petitioner              Date Signed | EZRA BRUTZKUS GUBNER LLP |
| | Name of Attorney Firm (if any) |
| Name & Mailing      Mike Brooks | 21650 Oxnard Street, Suite 500 |
| Address of Individual  4322 Cezanne Avenue | Woodland Hills, CA 91367 |
| Signing in Representative  Woodland Hills, CA 91364 | Address |
| Capacity | (818) 827-9000          (818) 827-9099 |
| | Telephone No.          Fax No. |
| X _____  Principal | X _____ |
| Signature of Petitioner or Representative (State Title) | Signature of Attorney                          Date |
| VJ Glass, Mirror and Hardware, LLC   6/23/08 | |
| Name of Petitioner              Date Signed | Name of Attorney Firm (if any) |
| Name & Mailing      Verezh Abrahamyan, Principal | |
| Address of Individual  416 S. Victory Blvd. | Address |
| Signing in Representative  Burbank, CA 91502 | |
| Capacity | Telephone No. |
| X _____  Officer | X _____ |
| Signature of Petitioner or Representative (State Title) | Signature of Attorney                          Date |
| G & E Welding, Inc.                6/23/08 | |
| Name of Petitioner              Date Signed | Name of Attorney Firm (if any) |
| Name & Mailing      Galust Galscanyan, Officer | |
| Address of Individual  7261 Hinds Avenue | Address |
| Signing in Representative  North Hollywood, CA 91605 | |
| Capacity | Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Mike Brooks | Work performed (project manager) and money loaned | 59,900.00 |
| 4322 Cezanne Ave., Woodland Hills, CA 91364 | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| VJ Glass and Mirror - Verezh Abrahamyan, Principal | Labor and materials | 3,500.00 |
| 416 S. Victory Blvd., Burbank, CA 91502 | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| G&E Welding - Galust Galscanyan | Labor and materials | 3,400.00 |
| 7261 Hinds Ave., N. Hollywood, CA 91605 | | |
| Note:    If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |
| | | 272,333.65 |

X _____ Continuation Sheets attached

**Exhibit # 6   Page # 2**

Continuation of REQUEST FOR RELIEF and PETITIONING CREDITORS:

REQUEST FOR RELIEF:

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the Court granting recognition is attached.

| | |
|---|---|
| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. | |
| X _Michael Berman_ <br> Signature of Petitioner or Representative (State Title) | X _____ <br> Signature of Attorney            Date |
| **Thomas Schoos Design, Inc.**      _10/18/08_ <br> Name of Petitioner            Date Signed | Name of Attorney Firm (if any) |
| Name & Mailing <br> Address of Individual          8271 Santa Monica Blvd. <br> Signing in Representative        Los Angeles, CA 90046-5956 <br> Capacity | Address <br><br> Telephone No.            Fax No. |

PETITIONING CREDITORS (cont.):

| | Name and Address | Nature of Claim | Amount of Claim |
|---|---|---|---|
| 4 | Thomas Schoos Design, Inc. <br> - Thomas Schoos and <br> - Michael Berman <br> 8271 Santa Monica Blvd. <br> Los Angeles, CA 90046-5956 | Labor and materials | $120,000.00 |

*64502.doc*

Exhibit # _6_   Page # _3_

Continuation of REQUEST FOR RELIEF and PETITIONING CREDITORS:

REQUEST FOR RELIEF:
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the Court granting recognition is attached.

| | |
|---|---|
| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.<br><br>X _____ Secretary<br>Signature of Petitioner or Representative (State Title)<br><br>**Jennings, Steine & Co., Certified Public Accountants, a professional corporation**<br>Name of Petitioner     6/20/2008<br>                 Date Signed<br><br>Name & Mailing    Deidre Steine, CPA<br>Address of Individual   Jennings, Steine & Co.<br>Signing in Representative   12100 Wilshire Blvd., Ste 400<br>Capacity           Los Angeles, CA 90025 | X _____<br>Signature of Attorney        Date<br><br>Name of Attorney Firm (if any)<br><br>Address<br><br>Telephone No.       Fax No. |

PETITIONING CREDITORS (cont.):

| | Name and Address | Nature of Claim | Amount of Claim |
|---|---|---|---|
| 5 | **Jennings, Steine & Co., Certified Public Accountants, a professional corporation**<br>12100 Wilshire Blvd., Ste 400<br>Los Angeles, CA 90025 | Accounting services | $85,533.65 |

*64857.doc*

**Exhibit #__6__ Page #__4__**

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Steven T Gubner<br>Ezra Brutzkus & Gubner<br>21650 Oxnard St<br>Ste 500<br>Woodland Hills, CA 91436<br>818-827-9000<br>Fax : 818-827-9099<br><br>*Attorney for Petitioner* | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CASE NO.: 08-19197-SB |
|---|---|
| Debtor set forth here all names, including trade names, used by Debtor within last 6 years.<br>Citizen Smith LLC<br>1600 and 1602 N Cahuenga Blvd<br>Hollywood, CA 90028<br><br>                                                      Debtor. | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN AN INVOLUNTARY BANKRUPTCY CASE** |

**To the above-named debtor(s):**

Pursuant to 11 U.S.C. § 303, a petition was filed on ___6/25/08___ in this Bankruptcy Court, praying for the entry of an order for relief against you under chapter _11_ of title 11 of the United States Code. A copy of the petition accompanies this summons.

If you wish to oppose the entry of an order for relief, you must file with the Clerk of this court an answer to the petition or a motion pursuant to Federal Rule of Bankruptcy Procedure 1011(c) within 20 days after service of this summons and the attached petition. At the same time, you must also serve a copy of the answer or motion on the petitioner's attorney (or on the petitioner, if the petitioner does not have an attorney) at the address indicated above. If you file a motion under Federal Rule of Bankruptcy Procedure 1011(c), your time to answer the petition will be governed by that rule.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, THE BANKRUPTCY COURT MAY ENTER AN ORDER FOR RELIEF IN ACCORDANCE WITH 11 U.S.C. § 303(h).**

A Status Conference in the involuntary case commenced by the petition has been set for:

| Hearing Date: 8/19/08     Time: 10:00 am     Courtroom: 1575          Floor: 15 |
|---|
| ☒ 255 East Temple Street, Los Angeles                     ☐ 411 West Fourth Street, Santa Ana |
| ☐ 21041 Burbank Boulevard, Woodland Hills               ☐ 1415 State Street, Santa Barbara |
| ☐ 3420 Twelfth Street, Riverside |

To the petitioner(s):

**IF YOU FAIL TO SERVE TIMELY THE SUMMONS AND PETITION AND/OR TO FILE PROOF OF SERVICE THEREOF WITH THE COURT OR TO APPEAR AT THE STATUS CONFERENCE, THIS INVOLUNTARY CASE MAY BE DISMISSED.**

Jon D. Ceretto, Clerk

Dated: ___7/1/08___

By: _____
Deputy Clerk

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*November 2007*

**F 1010-1**

Exhibit # __6__ Page # __5__

Summons and Notice of Status Conference in an Involuntary Bankruptcy Case - *Page 2 of 2*    **F 1010-1**

| In re Citizen Smith, LLC | CASE NUMBER: |
|---|---|
| Debtor. | 08-19197-SB |

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF <u>Los Angeles</u>

1. I am employed in the County of <u>Los Angeles</u>, State of California. I am over the age of 18 and not a party to the within action. My business address is as follows:

2. **X   Regular Mail Service:** On <u>July 2, 2008</u>, I served the foregoing Summons and Notice of Status Conference in an Involuntary Bankruptcy Case, together with the Petition commencing this case, on parties in interest at the following address(es) by placing true and correct copies thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at <u>Woodland Hills</u>, California, addressed as set forth below.

3. **Personal Service:** On _____, personal service of the foregoing Summons and Notice of Status Conference in an Involuntary Bankruptcy Case, together with the Petition commencing this case, was made on parties in interest at the address(es) set forth below.

4. Parties in interest and address(es) upon which service was made:

.X   Names and Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: <u>July 2, 2008</u>

<u>JESSICA BRIAN</u>
*Typed Name*

*Signature*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*November 2007*    **F 1010-1**

Exhibit # __6__  Page # __6__

1

## SERVICE LIST

2

3    Citizen Smith, LLC
1602 North Cahuenga Boulevard
Hollywood, CA 90028

4

5    Citizen Smith, LLC
c/o Patrick Johnston
Agent for Service of Process
216 Agate Avenue
Balboa Island, CA 92662

6

7

8    Requests for Special Notice
David M. Poitras

9    Jeffer Mangels Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-4308

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit # __6__ Page # __7__

# PROOF OF SERVICE

I, Baruch C. Cohen, declare as follows:

I am, and was at all times herein mentioned, a citizen of the United States, a resident of the County of Los Angeles, State of California, over the age of 18 years and not a party to this action or proceeding. My business address is 4929 Wilshire Boulevard, Suite 940, Los Angeles, California 90010.

Upon this day, I served the within **AMENDED ANSWER TO INVOLUNTARY PETITION UNDER CHAPTER 11** on all interested parties in this action through their attorneys of record by placing a true and correct copy thereof, addressed as per the attached service list.

**X**   **VIA FIRST CLASS MAIL** [C.C.P. §§ 1012a, et seq., & Local Bankruptcy Rule 7004-1(2)(b)]. I deposited said document(s) into the United States mail at Los Angeles, California, in a sealed envelope with postage fully prepaid. My practice is to collect and process mail on the same day as shown on this declaration. Under that practice, all correspondence is deposited with the US Postal Service on the same day that it is placed for collection and processing, in the ordinary course of business.

___   **VIA HAND DELIVERY/PERSONAL SERVICE** (C.C.P. §§ 1001, et seq., & Local Bankruptcy Rule 7004-1(2)(c)]. I directed a courier to personally deliver said document(s) to each addressee.

___   **VIA FEDERAL EXPRESS/OVERNIGHT/NEXT BUSINESS DAY DELIVERY SERVICE** (C.C.P. §§ 1011, 1012, & Local Bankruptcy Rule 7004-1(2)(d)]. I enveloped, properly labeled, and caused to be deposited into a Federal Express pick-up receptacle as per the regular practice of my office.

___   **VIA FACSIMILE** (C.C.P. §§ 1012.5, & Local Bankruptcy Rule 7004-1(2)(e)]. I caused the said document(s) to be transmitted by SACsimile machine to the number indicated after the address(es) noted herein. I received written confirmation that the SACsimile transmission was received by the addressee.

I declare that I am a member of the State Bar of this Court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Los Angeles, California on August 5, 2008.

Baruch C. Cohen

1

## SERVICE LIST

2

**OUST**
Bruce S. Schildkraut, Esq.

3   Office of the United States Trustee
725 South Figueroa Street, Suite 2600

4   Los Angeles, CA 90017

5   **COUNSEL FOR PETITIONING CREDITORS MIKE BROOKS, VJ GLASS, MIRROR, LLC., AND G&E WELDING**

6

Steven T. Gubner, Esq.

7   Ezra | Brutzkus | Gubner LLP
21650 Oxnard Street, Suite 500

8   Woodland Hills, CA 91436

9   **REQUEST FOR SPECIAL NOTICE**

10  David M. Poitras, Esq.
Jeffer Mangels Butler & Marmaro LLP

11  1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-4308

12

**REQUEST FOR SPECIAL NOTICE**

13

Henry B. LaTorraca, Esq.

14  Law Office of Henry B. LaTorraca
Union Bank of California Building

15  400 Oceangate, Suite 700
Long Beach, CA 90802-4306

16

**REMAINING PETITIONING CREDITORS**

17

Jennings, Steine & Co. Certified Public Accountants

18  12100 Wilshire Boulevard, Suite 400
Los Angeles, CA 90025

19

Thomas Schoos Design Inc.

20  8271 Santa Monica Boulevard
Los Angeles, CA 90046-5956

21

22

23

24

25

26

27

28

F:\DOCS\CITIZEN-SMITH\AMENDED-ANSWER.wpd              8
8/5-4:59pm