**ORIGINAL**

Baruch C. Cohen, Esq. (SBN 159455)
**LAW OFFICE OF BARUCH C. COHEN**
A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501     Fax (323) 937-4503
email: BCC4929@aol.com

*Attorney For Citizen Smith, LLC*

FILED
SEP 02 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**CITIZEN SMITH, LLC**<br><br>Debtor. | Case No. 2:08-bk-19197-SB<br>Assigned to the Honorable Samuel Bufford<br>Chapter 11<br><br>WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER ON THE DEPOSITIONS OF PAT JOHNSTON AND JAMES SINCLAIR & IN THE ALTERNATIVE FOR A MOTION TO QUASH THE SUBPOENA<br><br>Date: September 23, 2008<br>Time: 11:00 a.m.<br>Place: Courtroom 1575<br>Edward Roybal Building<br>255 East Temple Street<br>Los Angeles, CA 90012 |

CITIZEN SMITH, LLC., (hereinafter referred to as "CITIZEN SMITH") hereby hereby withdraws its motion for a protective order on the depositions of Pat Johnston and James Sinclair that had been unilaterally noticed for August 18, 2008 by HOLLYWOOD MEDIA CENTER, LLC (hereinafter referred to as "HMC").

DATED:     August 29, 2008          LAW OFFICE OF BARUCH C. COHEN
                                    A Professional Law Corporation

                                    By _____
                                    Baruch C. Cohen, Esq.
                                    *Attorney For Citizen Smith, LLC*

F:\DOCS\CITIZEN-SMITH\PROTECTIVE-ORDER-WITHDRAWAL.wpd
8/29-7:51am

# PROOF OF SERVICE

I, Baruch C. Cohen, declare as follows:

I am, and was at all times herein mentioned, a citizen of the United States, a resident of the County of Los Angeles, State of California, over the age of 18 years and not a party to this action or proceeding. My business address is 4929 Wilshire Boulevard, Suite 940, Los Angeles, California 90010.

Upon this day, I served the within WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER ON THE DEPOSITIONS OF PAT JOHNSTON AND JAMES SINCLAIR & IN THE ALTERNATIVE FOR A MOTION TO QUASH THE SUBPOENA on all interested parties in this action through their attorneys of record by placing a true and correct copy thereof, addressed as per the attached service list.

__X__ **VIA FIRST CLASS MAIL** [C.C.P. §§ 1012a, et seq., & Local Bankruptcy Rule 7004-1(2)(b)]. I deposited said document(s) into the United States mail at Los Angeles, California, in a sealed envelope with postage fully prepaid. My practice is to collect and process mail on the same day as shown on this declaration. Under that practice, all correspondence is deposited with the US Postal Service on the same day that it is placed for collection and processing, in the ordinary course of business.

____ **VIA HAND DELIVERY/PERSONAL SERVICE** (C.C.P. §§ 1001, et seq., & Local Bankruptcy Rule 7004-1(2)(c)]. I directed a courier to personally deliver said document(s) to each addressee.

____ **VIA FEDERAL EXPRESS/OVERNIGHT/NEXT BUSINESS DAY DELIVERY SERVICE** (C.C.P. §§ 1011, 1012, & Local Bankruptcy Rule 7004-1(2)(d)]. I enveloped, properly labeled, and caused to be deposited into a Federal Express pick-up receptacle as per the regular practice of my office.

____ **VIA FACSIMILE** (C.C.P. §§ 1012.5, & Local Bankruptcy Rule 7004-1(2)(e)]. I caused the said document(s) to be transmitted by SACsimile machine to the number indicated after the address(es) noted herein. I received written confirmation that the SACsimile transmission was received by the addressee.

I declare that I am a member of the State Bar of this Court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Los Angeles, California on August 29, 2008.

_/s/ Baruch Cohen_
Baruch C. Cohen

F:\DOCS\CITIZEN-SMITH\PROTECTIVE-ORDER-WITHDRAWAL.wpd    1
8/29-7:51am

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | **OUST**<br>Bruce S. Schildkraut, Esq. |
| 3 | Office of the United States Trustee<br>725 South Figueroa Street, Suite 2600 |
| 4 | Los Angeles, CA 90017 |
| 5 | **COUNSEL FOR PETITIONING CREDITORS MIKE BROOKS, VJ GLASS, MIRROR, LLC., AND G&E WELDING** |
| 6 | |
| | Steven T. Gubner, Esq. |
| 7 | Ezra \| Brutzkus \| Gubner LLP<br>21650 Oxnard Street, Suite 500 |
| 8 | Woodland Hills, CA 91436 |
| 9 | **REQUEST FOR SPECIAL NOTICE** |
| 10 | David M. Poitras, Esq.<br>Jeffer Mangels Butler & Marmaro LLP |
| 11 | 1900 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067-4308 |
| 12 | |
| 13 | **REQUEST FOR SPECIAL NOTICE** |
| | Henry B. LaTorraca, Esq. |
| 14 | Law Office of Henry B. LaTorraca<br>Union Bank of California Building |
| 15 | 400 Oceangate, Suite 700<br>Long Beach, CA 90802-4306 |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |