**△ ORIGINAL**

1   Baruch C. Cohen, Esq. (SBN 159455)
    **LAW OFFICE OF BARUCH C. COHEN**
2         A Professional Law Corporation
    4929 Wilshire Boulevard, Suite 940
3   Los Angeles, California 90010
    (323) 937-4501       Fax (323) 937-4503
4   email: BCC4929@aol.com

5   *Attorney For Citizen Smith, LLC*

```
┌─────────────────────────────┐
│          FILED              │
│      SEP 1 7 2008           │
│  CLERK U.S. BANKRUPTCY COURT│
│ CENTRAL DISTRICT OF CALIFORNIA│
│ BY:            Deputy Clerk  │
└─────────────────────────────┘
```

6

7              **UNITED STATES BANKRUPTCY COURT**

8               **CENTRAL DISTRICT OF CALIFORNIA**

9                    **LOS ANGELES DIVISION**

10  In re                          | Case No. 2:08-bk-19197-SB
                                   | Assigned to the Honorable Samuel Bufford
11  **CITIZEN SMITH, LLC**         | *Emergency Motion to be heard before the*
                                   | *Honorable Ernest M. Robles*
12          Debtor.                | Chapter 11

13

14                                 | **DECLARATION OF BARUCH C. COHEN**
                                   | **RE NOTICE OF EMERGENCY MOTION**
15                                 | **FOR TEMPORARY RESTRAINING ORDER**
                                   | **AND/OR PRELIMINARY INJUNCTIVE**
16                                 | **RELIEF (1) RESTRAINING AND**
                                   | **PREVENTING HOLLYWOOD MEDIA**
17                                 | **CENTER, LLC AND DAVID GAJDA FROM**
                                   | **VIOLATING THE AUTOMATIC STAY AND**
18                                 | **(2) REQUIRING ANDREW BELCHIC TO**
                                   | **COMPLY WITH THE COURT'S PRIOR**
19                                 | **ORDERS UPON A PREVIOUS FINDING OF**
                                   | **CONTEMPT; FOR ISSUANCE OF ORDERS**
20                                 | **TO SHOW CAUSE RE CONTEMPT; FOR**
                                   | **THE IMPOSITION OF ATTORNEYS FEES**
21                                 | **AND COSTS FOR VIOLATIONS OF THE**
                                   | **AUTOMATIC STAY AND OTHER**
22                                 | **ORDERS; AND FOR OTHER RELIEF**

23                                 | Date: September 18, 2008
                                   | Time: 11:00 pm
24                                 | Place: Courtroom 1568
                                   | Edward Roybal Building
25                                 | 255 East Temple Street
                                   | Los Angeles, CA 90012

26              **DECLARATION OF BARUCH C. COHEN**

27      I, BARUCH C. COHEN, declare and state as follows:

28

F:\DOCS\CITIZEN-SMITH\CONTEMPT-POS-BCC-2-DEC.wpd
9/16-4:40pm

1.     The facts stated below are true and correct to the best of my personal knowledge and if called upon to testify to them, I could and would competently do so.

2.     I am a member in good standing and eligible to practice before the following courts: California State Supreme Court; US Court of Appeals - Ninth Circuit; Bankruptcy Appellate Panel; United States District Courts: Central District of CA; Eastern District of CA; Northern District of CA; & Southern District of CA.

3.     I am the principal shareholder and President of The Law Office of Baruch C. Cohen, a Professional Law Corporation, located at 4929 Wilshire Boulevard, Suite 940, Los Angeles, California 90010.

4.     I represent Citizen Smith, LLC.

5.     On September 12, 2008 at 7:32 am, I faxed copies of the (1) *Emergency Motion for Temporary Restraining Order And/or Preliminary Injunctive Relief; Restraining and Preventing Hollywood Media Center, Llc and David Gajda from Violating the Automatic Stay; and Requiring Andrew Belchic to Comply with the Court's Prior Orders upon a Previous Finding of Contempt; for Issuance of Orders to Show Cause re Contempt; for the Imposition of Attorneys Fees and Costs for Violations of the Automatic Stay and Other Orders; and for Other Relief*; (2) *Request for Judicial Notice*; & (3) the *[Proposed] Temporary Restraining Order And/or Preliminary Injunctive Relief* to counsel for Mr. Belchic Mr. Fingermann and counsel for HMC and David Gajda, Mr. Poitras. I emailed them the notice as well.[1]

6.     I also arranged to hand deliver the three documents Messrs. Fingerman & Poitras that afternoon.

7.     Later on that same day, I learned that Mr. Kupetz substituted in place of Mr. Poitras.

8.     Later that day I was informed by the court of the hearing date, so I emailed notice of the hearing to Messrs. Kupetz, Fingermann and Poitras (while awaiting the Couret's formal

---

[1] A true and correct copy is attached hereto as Exhibit "1" and is incorporated herein by this reference.

1     order).[2]

2  9.     I received the Court's formal order shortening time on September 15, 2008 at 9:22 pm.

3        I was not in my office at the time.

4  10.    On September 16, 2008, at 7:51 am., I faxed the court's formal order shortening time to

5        Messrs. Kupetz, Fingermann and Poitras, and the faxes went through and enclosed is the

6        letter and fax report sheet.At the same time, I emailed the notice to Messrs. Kupetz,

7        Fingermann and Poitras, and enclosed is the email[3].

8  11.    On September 16, 2008, I telephoned Messrs. Kupetz, Fingermann and Poitras before

9        9:00am., to give telephonic notice and left detailed messages on their answering

10      services. I called Mr. Kupetz at 8:10am., Mr. Fingermann at 8:13 am., and Mr. Poitras

11      at 8:15am.

12

13     I declare under penalty of perjury under the laws of the State of California that the

14  foregoing is true and correct.

15     Executed September 16, 2008, at Los Angeles, California.

16    _Baruch C. Cohen (signature)_

17  Baruch C. Cohen

18

19

20

21

22

23

24

25

---

26     [2]A true and correct copy is attached hereto as Exhibit "2" and is incorporated herein by this
reference.

27

28     [3]A true and correct copy is attached hereto as Exhibit "3" and is incorporated herein by this
reference.

1

## PROOF OF SERVICE

2

I, Baruch C. Cohen, declare as follows:

3

I am, and was at all times herein mentioned, a citizen of the United States, a resident of the County of Los Angeles, State of California, over the age of 18 years and not a party to this action or proceeding. My business address is 4929 Wilshire Boulevard, Suite 940, Los Angeles, California 90010.

4

5

Upon this day, I served the within **DECLARATION OF BARUCH C. COHEN RE NOTICE OF EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTIVE RELIEF (1) RESTRAINING AND PREVENTING HOLLYWOOD MEDIA CENTER, LLC AND DAVID GAJDA FROM VIOLATING THE AUTOMATIC STAY AND (2) REQUIRING ANDREW BELCHIC TO COMPLY WITH THE COURT'S PRIOR ORDERS UPON A PREVIOUS FINDING OF CONTEMPT; FOR ISSUANCE OF ORDERS TO SHOW CAUSE RE CONTEMPT; FOR THE IMPOSITION OF ATTORNEYS FEES AND COSTS FOR VIOLATIONS OF THE AUTOMATIC STAY AND OTHER ORDERS; AND FOR OTHER RELIEF** on all interested parties in this action through their attorneys of record by placing a true and correct copy thereof, addressed as per the attached service list.

6

7

8

9

10

11

____ **VIA FIRST CLASS MAIL** [C.C.P. §§ 1012a, et seq., & Local Bankruptcy Rule 7004-1(2)(b)]. I deposited said document(s) into the United States mail at Los Angeles, California, in a sealed envelope with postage fully prepaid. My practice is to collect and process mail on the same day as shown on this declaration. Under that practice, all correspondence is deposited with the US Postal Service on the same day that it is placed for collection and processing, in the ordinary course of business.

12

13

14

15

____ **VIA HAND DELIVERY/PERSONAL SERVICE** (C.C.P. §§ 1001, et seq., & Local Bankruptcy Rule 7004-1(2)(c)]. I directed a courier to personally deliver said document(s) to each addressee.

16

17

____ **VIA FEDERAL EXPRESS/OVERNIGHT/NEXT BUSINESS DAY DELIVERY SERVICE** (C.C.P. §§ 1011, 1012, & Local Bankruptcy Rule 7004-1(2)(d)]. I enveloped, properly labeled, and caused to be deposited into a Federal Express pick-up receptacle as per the regular practice of my office.

18

19

_X_ **VIA FACSIMILE** (C.C.P. §§ 1012.5, & Local Bankruptcy Rule 7004-1(2)(e)]. I caused the said document(s) to be transmitted by facsimile machine to the number indicated after the address(es) noted herein. I received written confirmation that the facsimile transmission was received by the addressee.

20

21

22

I declare that I am a member of the State Bar of this Court.

23

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Los Angeles, California on September 16, 2008.

24

25

_____
Baruch C. Cohen

26

27

28

3

1

## SERVICE LIST

2

**COUNSEL FOR ANDREW BELCHIC**
Mark Fingerman, Esq.

3 Jacobson, Russell, Saltz & Fingerman, LLP
10866 Wilshire Blvd., Suite 1550

4 Los Angeles, CA 90024
*Via Facsimile Transmission: 310/446-9909*

5

**COUNSEL FOR HOLLYWOOD MEDIA CENTER, LLC AND DAVID GAJDA**

6

David M. Poitras, Esq.

7 Jeffer Mangels Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor

8 Los Angeles, CA 90067-4308
*Via Facsimile Transmission: 310/712-8571*

9

David S. Kupetz, Esq.

10 SulmeyerKupetz, A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor

11 Los Angeles, CA 90071
*Via Facsimile Transmission: 213/629-4520*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

בס״ד

Law Office of
# Baruch C. Cohen, Esq.
A Professional Law Corporation

---

4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010-3823

Telephone: (323) 937-4501
Facsimile: (323) 937-4503

September 12, 2008

*Via Facsimile Transmission: 310/446-9909*
*& email: mef@jrsfllp.com*

*Via Facsimile Transmission: 310/712-8571*
*& email: DMP@JMBM.com*

Mark Fingerman, Esq.
Jacobson, Russell, Saltz & Fingerman
10866 Wilshire Blvd., Suite 1550
Los Angeles, CA 90024

David M. Poitras, Esq.
Jeffer Mangels, Butler & Marmaro
1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067-4308

Re:    *In re Citizen Smith, LLC, USBC 2:08-bk-19197-SB*

Dear Messrs Fingerman & Poitras:

Enclosed please find:

1.    EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR
      PRELIMINARY INJUNCTIVE RELIEF (1) RESTRAINING AND PREVENTING
      HOLLYWOOD MEDIA CENTER, LLC AND DAVID GAJDA FROM
      VIOLATING THE AUTOMATIC STAY AND (2) REQUIRING ANDREW
      BELCHIC TO COMPLY WITH THE COURT'S PRIOR ORDERS UPON A
      PREVIOUS FINDING OF CONTEMPT; FOR ISSUANCE OF ORDERS TO
      SHOW CAUSE RE CONTEMPT; FOR THE IMPOSITION OF ATTORNEYS
      FEES AND COSTS FOR VIOLATIONS OF THE AUTOMATIC STAY AND
      OTHER ORDERS; AND FOR OTHER RELIEF; MEMORANDUM OF POINTS
      AND AUTHORITIES; DECLARATIONS OF JAMES SINCLAIR AND BARUCH
      C. COHEN

2.    REQUEST FOR JUDICIAL NOTICE RE: EMERGENCY MOTION FOR
      TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY
      INJUNCTIVE RELIEF (1) RESTRAINING AND PREVENTING HOLLYWOOD
      MEDIA CENTER, LLC AND DAVID GAJDA FROM VIOLATING THE
      AUTOMATIC STAY AND (2) REQUIRING ANDREW BELCHIC TO COMPLY
      WITH THE COURT'S PRIOR ORDERS UPON A PREVIOUS FINDING OF
      CONTEMPT; FOR ISSUANCE OF ORDERS TO SHOW CAUSE RE
      CONTEMPT; FOR THE IMPOSITION OF ATTORNEYS FEES AND COSTS
      FOR VIOLATIONS OF THE AUTOMATIC STAY AND OTHER ORDERS; AND
      FOR OTHER RELIEF

3.    [PROPOSED] TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY
      INJUNCTIVE RELIEF (1) RESTRAINING AND PREVENTING HOLLYWOOD
      MEDIA CENTER, LLC AND DAVID GAJDA FROM VIOLATING THE
      AUTOMATIC STAY AND (2) REQUIRING ANDREW BELCHIC TO COMPLY

To: Mark Fingerman, Esq., David M. Poitras, Esq.
From: Baruch C. Cohen, Esq.
*In re Citizen Smith, LLC, USBC 2:08-bk-19197-SB*
September 12, 2008
Page 2

בס"ד

### WITH THE COURT'S PRIOR ORDERS UPON A PREVIOUS FINDING OF CONTEMPT; FOR ISSUANCE OF ORDERS TO SHOW CAUSE RE CONTEMPT; FOR THE IMPOSITION OF ATTORNEYS FEES AND COSTS FOR VIOLATIONS OF THE AUTOMATIC STAY AND OTHER ORDERS; AND FOR OTHER RELIEF

I will let you know the date, time and place of the hearing, once informed by the Court.

If you have any questions or comments regarding the above, please do not hesitate to call.

Respectfully,

BARUCH C. COHEN
cc:    Citizen Smith, LLC
Enclosures      Attachments via messenger
F:\DOCS\CITIZEN-SMITH\CONTEMPT-2--NOTICE.wpd
9/12-7:32am

```
                    *********************
                ***    TX REPORT    ***
                    *********************

    TRANSMISSION OK

    TX/RX NO              2985
    CONNECTION TEL                  13104469909
    SUBADDRESS
    CONNECTION ID
    ST. TIME             09/12 07:47
    USAGE T              13'49
    PGS. SENT              45
    RESULT               OK
```

בס״ד

Law Office of
# Baruch C. Cohen, Esq.
A Professional Law Corporation

4929 Wilshire Boulevard, Suite 940          Telephone: (323) 937-4501
Los Angeles, California 90010-3823          Facsimile: (323) 937-4503

September 12, 2008

*Via Facsimile Transmission: 310/446-9909*          *Via Facsimile Transmission: 310/712-8571*
*& email: mef@jrsfllp.com*                          *& email: DMP@JMBM.com*

Mark Fingerman, Esq.                        David M. Poitras, Esq.
Jacobson, Russell, Saltz & Fingerman        Jeffer Mangels, Butler & Marmaro
10866 Wilshire Blvd., Suite 1550            1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90024                       Los Angeles, CA 90067-4308

Re:    *In re Citizen Smith, LLC, USBC 2:08-bk-19197-SB*

Dear Messrs Fingerman & Poitras:

Enclosed please find:

1.    **EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR
      PRELIMINARY INJUNCTIVE RELIEF (1) RESTRAINING AND PREVENTING
      HOLLYWOOD MEDIA CENTER, LLC AND DAVID GAJDA FROM
      VIOLATING THE AUTOMATIC STAY AND (2) REQUIRING ANDREW
      BELCHIC TO COMPLY WITH THE COURT'S PRIOR ORDERS UPON A
      PREVIOUS FINDING OF CONTEMPT; FOR ISSUANCE OF ORDERS TO
      SHOW CAUSE RE CONTEMPT; FOR THE IMPOSITION OF ATTORNEYS
      FEES AND COSTS FOR VIOLATIONS OF THE AUTOMATIC STAY AND
      OTHER ORDERS; AND FOR OTHER RELIEF; MEMORANDUM OF POINTS
      AND AUTHORITIES; DECLARATIONS OF JAMES SINCLAIR AND BARUCH
      C. COHEN**

```
BARUCH C. COHEN, APLC                                            ☐001

*********************
***    TX REPORT    ***
*********************


        TRANSMISSION OK

        TX/RX NO              2986
        CONNECTION TEL                13107128571
        SUBADDRESS
        CONNECTION ID
        ST. TIME             09/12 08:04
        USAGE T              23'04
        PGS. SENT            45
        RESULT               OK
```

בס"ד

Law Office of

# Baruch C. Cohen, Esq.

A Professional Law Corporation

---

4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010-3823

Telephone: (323) 937-4501
Facsimile: (323) 937-4503

September 12, 2008

*Via Facsimile Transmission: 310/446-9909*
*& email: mef@jrsfllp.com*

*Via Facsimile Transmission: 310/712-8571*
*& email: DMP@JMBM.com*

Mark Fingerman, Esq.
Jacobson, Russell, Saltz & Fingerman
10866 Wilshire Blvd., Suite 1550
Los Angeles, CA 90024

David M. Poitras, Esq.
Jeffer Mangels, Butler & Marmaro
1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067-4308

Re:    *In re Citizen Smith, LLC, USBC 2:08-bk-19197-SB*

Dear Messrs Fingerman & Poitras:

Enclosed please find:

1.    **EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTIVE RELIEF (1) RESTRAINING AND PREVENTING HOLLYWOOD MEDIA CENTER, LLC AND DAVID GAJDA FROM VIOLATING THE AUTOMATIC STAY AND (2) REQUIRING ANDREW BELCHIC TO COMPLY WITH THE COURT'S PRIOR ORDERS UPON A PREVIOUS FINDING OF CONTEMPT; FOR ISSUANCE OF ORDERS TO SHOW CAUSE RE CONTEMPT; FOR THE IMPOSITION OF ATTORNEYS FEES AND COSTS FOR VIOLATIONS OF THE AUTOMATIC STAY AND OTHER ORDERS; AND FOR OTHER RELIEF; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATIONS OF JAMES SINCLAIR AND BARUCH C. COHEN**

2.    **REQUEST FOR JUDICIAL NOTICE RE: EMERGENCY MOTION FOR**

Subj:    **Citizen Smith: Contempt 2**
Date:    9/12/2008
To:      mef@jrsfllp.com, DMP@JMBM.com
BCC:     james@thepajagroup.com, Manlinlaw, p_johnston@sbcglobal.net, jonny@thepajagroup.com,
         lemesq@aol.com

F:\DOCS\CITIZEN-SMITH\CONTEMPT-2--NOTICE.wpd
9/12-7:28am
in pdf format.

---

Law Office of
Baruch C. Cohen, Esq.
A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940 Telephone: (323) 937-4501
Los Angeles, California 90010-3823 Facsimile: (323) 937-4503

September 12, 2008

Via Facsimile Transmission: 310/446-9909 & email: mef@jrsfllp.com

Mark Fingerman, Esq.
Jacobson, Russell, Saltz & Fingerman
10866 Wilshire Blvd., Suite 1550
Los Angeles, CA 90024

Via Facsimile Transmission: 310/712-8571 & email: DMP@JMBM.com

David M. Poitras, Esq.
Jeffer Mangels, Butler & Marmaro
1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067-4308

Re: In re Citizen Smith, LLC, USBC 2:08-bk-19197-SB

Dear Messrs Fingerman & Poitras:

Enclosed please find:

1. EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTIVE
RELIEF (1) RESTRAINING AND PREVENTING HOLLYWOOD MEDIA CENTER, LLC AND DAVID GAJDA
FROM VIOLATING THE AUTOMATIC STAY AND (2) REQUIRING ANDREW BELCHIC TO COMPLY WITH
THE COURT'S PRIOR ORDERS UPON A PREVIOUS FINDING OF CONTEMPT; FOR ISSUANCE OF
ORDERS TO SHOW CAUSE RE CONTEMPT; FOR THE IMPOSITION OF ATTORNEYS FEES AND COSTS
FOR VIOLATIONS OF THE AUTOMATIC STAY AND OTHER ORDERS; AND FOR OTHER RELIEF;
MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATIONS OF JAMES SINCLAIR AND BARUCH C.
COHEN

2. REQUEST FOR JUDICIAL NOTICE RE: EMERGENCY MOTION FOR TEMPORARY RESTRAINING
ORDER AND/OR PRELIMINARY INJUNCTIVE RELIEF (1) RESTRAINING AND PREVENTING HOLLYWOOD
MEDIA CENTER, LLC AND DAVID GAJDA FROM VIOLATING THE AUTOMATIC STAY AND (2) REQUIRING
ANDREW BELCHIC TO COMPLY WITH THE COURT'S PRIOR ORDERS UPON A PREVIOUS FINDING OF
CONTEMPT; FOR ISSUANCE OF ORDERS TO SHOW CAUSE RE CONTEMPT; FOR THE IMPOSITION OF
ATTORNEYS FEES AND COSTS FOR VIOLATIONS OF THE AUTOMATIC STAY AND OTHER ORDERS;
AND FOR OTHER RELIEF

3. [PROPOSED] TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTIVE RELIEF (1)
RESTRAINING AND PREVENTING HOLLYWOOD MEDIA CENTER, LLC AND DAVID GAJDA FROM

VIOLATING THE AUTOMATIC STAY AND (2) REQUIRING ANDREW BELCHIC TO COMPLY WITH THE
COURT'S PRIOR ORDERS UPON A PREVIOUS FINDING OF CONTEMPT; FOR ISSUANCE OF ORDERS
TO SHOW CAUSE RE CONTEMPT; FOR THE IMPOSITION OF ATTORNEYS FEES AND COSTS FOR
VIOLATIONS OF THE AUTOMATIC STAY AND OTHER ORDERS; AND FOR OTHER RELIEF

I will let you know the date, time and place of the hearing, once informed by the Court.

If you have any questions or comments regarding the above, please do not hesitate to call.


Respectfully,

BARUCH C. COHEN
cc: Citizen Smith, LLC
Enclosures Attachments via messenger
F:\DOCS\CITIZEN-SMITH\CONTEMPT-2--NOTICE.wpd
9/12-7:29am


---

Baruch

---

Baruch C. Cohen, Esq.
Law Office of Baruch C. Cohen, APLC
4929 Wilshire Boulevard, Suite 940
Los Angeles, CA 90010
Telephone (323) 937-4501
Facsimile: (323) 937-4503
efax: (323) 297-4503
cell phone: (323) 353-9535
e-mail: BCC4929@aol.com

This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and is legally privileged.

This e-mail is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential
and exempt from disclosure under applicable law. If you are not the intended recipient, any dissemination, distribution or copying of this
communication is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail and destroy this
communication. Thank you.

Subj:    **Citizen Smith - NOTICE OF EMERGENCY HEARING: September 18, 2008 at 11:00am**
Date:    9/15/2008
To:      mef@jrsfllp.com, DMP@JMBM.com, dkupetz@sulmeyerlaw.com
BCC:     james@thepajagroup.com, Manlinlaw, p_johnston@sbcglobal.net, jonny@thepajagroup.com,
         lemesq@aol.com


David Kupetz, Esq.
Mark Fingermann, Esq.
David Poitras, Esq.

Re: In re Citizen Smith, LLC, USBC 2:08-bk-19197-SB

Dear David:, Mark, & David:

Please take notice that the Court has granted an emergency hearing on the *EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTIVE RELIEF (1) RESTRAINING AND PREVENTING HOLLYWOOD MEDIA CENTER, LLC AND DAVID GAJDA FROM VIOLATING THE AUTOMATIC STAY AND (2) REQUIRING ANDREW BELCHIC TO COMPLY WITH THE COURT'S PRIOR ORDERS UPON A PREVIOUS FINDING OF CONTEMPT; FOR ISSUANCE OF ORDERS TO SHOW CAUSE RE CONTEMPT; FOR THE IMPOSITION OF ATTORNEYS FEES AND COSTS FOR VIOLATIONS OF THE AUTOMATIC STAY AND OTHER ORDERS; AND FOR OTHER RELIEF.*

The emergency hearing will be held on **Thursday, September 18, 2008 at 11:00 am**.
The hearing will be before the **Honorable Ernest Robles, Courtroom 1568**.
I have been informed that Judge Robles is preparing the Order Shortening Time, and as soon as I receive it from the Court, I will fax it to you. In the interim, this email should suffice to give you notice.
Oppositions can be filed and served on Wednesday September 17, 2008 at 5:00 pm.
Telephonic notice of the hearing and opposition deadline by Tuesday September 16, 2008 at 9:00am.

On Friday September 12, 2008, I served Messrs. Fingermann and Poitras with a pdf and hard copy of the Emergency Motion, the Proposed Order, and the Request for Judicial Notice. Today, since learning of David Kupetz's substitution into the case in place of David Poitras, and after discussing the matter with him this morning, it is my understanding that David Poitras was sending the relevant documents to David Kupetz, and that David Kupetz now has the relevant paperwork that is the subject of the emergency hearing. If I am correct with this understanding, please advise in writing immediately. To maximize notice, I am resending you the pdf documents of what was filed with the court.

If you have any questions or comments regarding the above, please do not hesitate to call.


Respectfully,

*[signature]*

Baruch C. Cohen, Esq.
Law Office of Baruch C. Cohen, APLC
4929 Wilshire Boulevard, Suite 940
Los Angeles, CA 90010
Telephone (323) 937-4501
Facsimile: (323) 937-4503
efax: (323) 297-4503
cell phone: (323) 353-9535
e-mail: BCC4929@aol.com

This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and is legally privileged. This e-mail is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail and destroy this communication. Thank you.

בס״ד

Law Office of
# Baruch C. Cohen, Esq.
A Professional Law Corporation

---

4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010-3823

Telephone: (323) 937-4501
Facsimile: (323) 937-4503

September 16, 2008

*Via Facsimile Transmission: 310/446-9909*
*and email: Msaltz@jrsfllp.com,*
*mef@jrsfllp.com*

Michael J. Saltz, Esq.
Mark Fingerman, Esq.
Jacobson, Russell, Saltz & Fingerman
10866 Wilshire Blvd., Suite 1550
Los Angeles, CA 90024

*Via Facsimile Transmission: 213/629-4520*
*and email: dkupetz@sulmeyerlaw.com*

David S. Kupetz, Esq.
SulmeyerKupetz, A Professional
Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, CA 90071

*Via Facsimile Transmission: 310/712-8571*
*and email: DMP@JMBM.com,*
*sgibson@jmbm.com*

David M. Poitras, Esq.
Stanley Gibson, Esq.
Jeffer Mangels, Butler & Marmaro
1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067-4308

*Via email: abelchic@gmail.com*

Andrew Belchic

*Via email: gajdad@pacbell.net*

David Gajda
Hollywood Media Center, LLC

Re:    *In re Citizen Smith, LLC, USBC 2:08-bk-19197-SB*

Dear Messrs Saltz, Fingerman, Poitras, Gibson, Kupetz, Belchic & Gajda:

This letter is being sent to you per the Court's Order (the order is attached by fax only) that
was faxed to my office last night September 15, 2008 at 9:22 pm.

The hearing on the EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER
AND/OR PRELIMINARY INJUNCTIVE RELIEF (1) RESTRAINING AND PREVENTING
HOLLYWOOD MEDIA CENTER, LLC AND DAVID GAJDA FROM VIOLATING THE
AUTOMATIC STAY AND (2) REQUIRING ANDREW BELCHIC TO COMPLY WITH
THE COURT'S PRIOR ORDERS UPON A PREVIOUS FINDING OF CONTEMPT; FOR
ISSUANCE OF ORDERS TO SHOW CAUSE RE CONTEMPT; FOR THE IMPOSITION
OF ATTORNEYS FEES AND COSTS FOR VIOLATIONS OF THE AUTOMATIC STAY
AND OTHER ORDERS; AND FOR OTHER RELIEF (that was served on you by personal
service - hand delivery - on Friday September 12, 2008) will be held on Thursday, September
18, 2008 at 11:00 am before the Honorable Ernest Robles, Courtroom 1568.

Oppositions can be filed and served on Wednesday September 17, 2008 at 5:00 pm.
Telephonic notice of the hearing and opposition deadline by Tuesday September 16, 2008 at
9:00am.

To: Messrs Saltz, Fingerman, Poitras, Gibson, Kupetz, Belchic & Gajda
From: Baruch C. Cohen, Esq.
September 16, 2008
Page 2

בס"ד

If you have any questions or comments regarding the above, please do not hesitate to call.


Respectfully,

BARUCH C. COHEN
cc:     Citizen Smith, LLC
Enclosure
F:\DOCS\CITIZEN-SMITH\CONTEMPT-2-NOTICE.wpd
9/16-7:50am

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

## CHAMBERS OF THE HONORABLE ERNEST M. ROBLES

### FACSIMILE TRANSMISSION

---

DATE:  September 15, 2008

TO:    Baruch C. Cohen

FACSIMILE NUMBER: (323) 937-4503

SENT BY:    Daniel Koontz, Law Clerk

RE:    Order Shortening Time / In re Citizen Smith

**RECEIVED**
SEP 1 6 2008
BARUCH C. COHEN

---

The number of pages in this transmission, including cover:  5

If you do not receive this number of pages, please contact me at 213-894-0294.

CERTIFICATE OF SERVICE BY FACSIMILE

I, Daniel Koontz, hereby certify that on September 15, 2008, I sent by facsimile a true copy of the **Order Shortening Time** to the party at the facsimile number listed below:

*Attorney for Debtor*
Baruch C. Cohen, Esq.
Law Office of Baruch C. Cohen
4929 Wilshire Blvd., Ste. 940
Los Angeles, CA 90010

Daniel Koontz
Law Clerk to the Hon. Ernest M. Robles
United States Bankruptcy Court
Central District of California

|  | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re: Citizen Smith, LLC<br><br>Debtor. | |
| Movant(s),<br><br>vs.<br><br>Respondent(s). | CHAPTER 11<br><br>CASE NUMBER 2:08-bk-19197-SB |

## ORDER SHORTENING TIME

### [Local Bankruptcy Rule 9075-1(b)]

1. On the following date, Movant filed the following Motion together with a Motion to have the matter heard on shortened notice pursuant to Local Bankruptcy Rule 9075-1(b):

    a. *Specify date of filing of Motion:* 9/12/08

    b. *Specify the Title of the Motion:* Emergency Motion for Temporary Restraining Order and/or Preliminary Injunctive Relief Restraining and Preventing Hollywood Media Center, LLC and Gajda from Violating the Automatic Stay and Requiring Andrew Belchic to Comply with the Court's Prior Orders Upon a Previous Finding of Contempt

2. Having considered the Motion for Order Shortening Time and declarations submitted in support thereof, the Motion for Order Shortening Time is:

    a. ☐   **Denied:**   The underlying Motion may be brought on regular notice.

    b. ☒   **Granted:**   It is further ordered as follows:

*(This Order is continued on the next page.)*

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Revised March 2008                                                                                                                     F 9075-1

Order Shortening Time [Local Bankruptcy Rule 9075-1(b)] -- *Page 2*     **F 9075-1**

| | |
|---|---|
| In re: Citizen Smith, LLC | CHAPTER 11 |
| Debtor. | CASE NUMBER 2:08-bk-19197-SB |

(1) A hearing on the Motion will be held before the Hon. Ernest M. Robles on the following date and time and in the specified location:

---

**Hearing Date: Sept. 18, 2008**     **Time: 11:00 a.m.**     **Courtroom: 1568**     **Floor: 15th**

☒  **255 East Temple Street, Los Angeles**     ☐  **411 West Fourth Street, Santa Ana**

☐  **21041 Burbank Boulevard, Woodland Hills**     ☐  **1415 State Street, Santa Barbara**

☐  **3420 Twelfth Street, Riverside**

---

(2) Telephonic notice of the hearing shall be given to the following parties no later than the following date and time:

   a. *Specify deadline for giving of telephonic notice:*     *Date:* September 16, 2008     *Time:* 9:00 a.m.

   b. *Specify names of parties to be given telephonic notice:*     Michael J. Saltz, Mark Fingerman, Andrew Belchic, David Gajda, David S. Kupetz, Hollywood Media Center, LLC

(3) Movant shall serve a copy of this order by personal delivery or facsimile to Michael J. Saltz, Mark Fingerman, Andrew Belchic, David Gajda, and Hollywood Media Center, LLC by 9:00 a.m. on September 16, 2008.

(4) ☒  The moving papers, declarations and other supporting documentation shall be served on the following parties no later than the following date and time by the following method of delivery:

   a. ☒ Personal Delivery or Facsimile     ☐ Overnight Mail     ☐ First Class Mail

   b. *Specify deadline for giving of written notice:*     *Date:* September 16, 2008     *Time:* 9:00 a.m.

   c. *Specify names of parties to be served:*     Michael J. Saltz, Mark Fingerman, Andrew Belchic, David Gajda, David S. Kupetz, Hollywood Media Center, LLC

(5) Any opposition to the Motion is due on Wednesday, September 17, 2008, at 5 p.m.

(6) Any reply to any opposition to the Motion is due at the hearing.

(7) A declaration by Movant establishing that telephonic notice, written notice and service was completed as set forth above must be filed at or before the hearing.

**IT IS SO ORDERED.**

                 ###

DATED: September 15, 2008

_____
THE HONORABLE ERNEST M. ROBLES
UNITED STATES BANKRUPTCY COURT

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*Revised March 2008*     **F 9075-1**

Order Shortening Time [Local Bankruptcy Rule 9075-1(b)] – Page 3    **F 9075-1**

| In re: Citizen Smith, LLC | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 2:08-bk-19197-SB |

## SERVICE LIST FOR ENTERED ORDER

| SERVED ELECTRONICALLY: | SERVED BY U.S. MAIL: |
|---|---|
| United States Trustee<br>725 S. Figueroa Street, 26th Fl.<br>Los Angeles, CA 90017<br>ustpregion16.la.ecf@usdoj.gov | ***Attorneys for Citizen Smith, LLC***<br>Baruch C. Cohen<br>Law Office of Baruch C. Cohen, APLC<br>4929 Wilshire Blvd., Ste. 940<br>Los Angeles, CA 90010<br><br>***Attorneys for Hollywood Media Center, LLC***<br>David S. Kupetz, Esq.<br>Sulmeyer Kupetz, a P.C.<br>333 S. Hope St.<br>35th Floor<br>Los Angeles, CA 90071-1406<br><br>***Attorneys for Andrew Belchic***<br>Michael J. Saltz, Esq.<br>Mark Fingerman, Esq.<br>Jacobson, Russell, Saltz & Fingerman, LLP<br>10866 Wilshire Blvd., Ste. 1550<br>Los Angeles, CA 90024<br><br>Andrew Belchic<br>606 N. Crescent Heights Blvd.<br>Los Angeles, CA 90048<br><br>David Gajda<br>2164 Rockledge Rd.<br>Hollywood, CA 90068<br><br>***Debtor***<br>Citizen Smith LLC<br>1600 and 1602 N. Cahuenga Blvd.<br>Hollywood, CA 90028 |

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*Revised March 2008*

**F 9075-1**

BARUCH C. COHEN, APLC    ☑001

```
*********************
***   TX REPORT   ***
*********************


TRANSMISSION OK

TX/RX NO            3002
CONNECTION TEL             12136294520
SUBADDRESS
CONNECTION ID
ST. TIME           09/16 08:43
USAGE T            01'28
PGS. SENT             7
RESULT             OK
```

בס"ד

Law Office of
# Baruch C. Cohen, Esq.
A Professional Law Corporation

---

4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010-3823

Telephone: (323) 937-4501
Facsimile: (323) 937-4503

September 16, 2008

*Via Facsimile Transmission: 310/446-9909*
*and email: Msaltz@jrsfllp.com,*
*mef@jrsfllp.com*

Michael J. Saltz, Esq.
Mark Fingerman, Esq.
Jacobson, Russell, Saltz & Fingerman
10866 Wilshire Blvd., Suite 1550
Los Angeles, CA 90024

*Via Facsimile Transmission: 213/629-4520*
*and email: dkupetz@sulmeyerlaw.com*

David S. Kupetz, Esq.
SulmeyerKupetz, A Professional
Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, CA 90071

*Via Facsimile Transmission: 310/712-8571*
*and email: DMP@JMBM.com,*
*sgibson@jmbm.com*

David M. Poitras, Esq.
Stanley Gibson, Esq.
Jeffer Mangels, Butler & Marmaro
1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067-4308

*Via email: abelchic@gmail.com*

Andrew Belchic

*Via email: gajdad@pacbell.net*

David Gajda
Hollywood Media Center, LLC

Re:    *In re Citizen Smith, LLC, USBC 2:08-bk-19197-SB*

Dear Messrs Saltz, Fingerman, Poitras, Gibson, Kupetz, Belchic & Gajda:

This letter is being sent to you per the Court's Order (the order is attached by fax only) that
was faxed to my office last night September 15, 2008 at 9:22 pm.

The hearing on the EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER
AND/OR PRELIMINARY INJUNCTIVE RELIEF (1) RESTRAINING AND PREVENTING

```
*********************
***    TX REPORT    ***
*********************


TRANSMISSION OK

TX/RX NO              2998
CONNECTION TEL                13104469909
SUBADDRESS
CONNECTION ID
ST. TIME             09/16 07:46
USAGE T              01'36
PGS. SENT               7
RESULT               OK
```

בס"ד

Law Office of

# Baruch C. Cohen, Esq.

A Professional Law Corporation

---

4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010-3823

Telephone: (323) 937-4501
Facsimile: (323) 937-4503

September 16, 2008

*Via Facsimile Transmission: 310/446-9909
and email: Msaltz@jrsfllp.com,
mef@jrsfllp.com*

Michael J. Saltz, Esq.
Mark Fingerman, Esq.
Jacobson, Russell, Saltz & Fingerman
10866 Wilshire Blvd., Suite 1550
Los Angeles, CA 90024

*Via Facsimile Transmission: 213/629-4520
and email: dkupetz@sulmeyerlaw.com*

David S. Kupetz, Esq.
SulmeyerKupetz, A Professional
Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, CA 90071

*Via Facsimile Transmission: 310/712-8571
and email: DMP@JMBM.com,
sgibson@jmbm.com*

David M. Poitras, Esq.
Stanley Gibson, Esq.
Jeffer Mangels, Butler & Marmaro
1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067-4308

*Via email: abelchic@gmail.com*

Andrew Belchic

*Via email: gajdad@pacbell.net*

David Gajda
Hollywood Media Center, LLC

Re:    *In re Citizen Smith, LLC, USBC 2:08-bk-19197-SB*

Dear Messrs Saltz, Fingerman, Poitras, Gibson, Kupetz, Belchic & Gajda:

This letter is being sent to you per the Court's Order (the order is attached by fax only) that
was faxed to my office last night September 15, 2008 at 9:22 pm.

The hearing on the EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER
AND/OR PRELIMINARY INJUNCTIVE RELIEF (1) RESTRAINING AND PREVENTING

```
**********************
***   TX REPORT   ***
**********************


TRANSMISSION OK

TX/RX NO              3000
CONNECTION TEL                   13107128571
SUBADDRESS
CONNECTION ID
ST. TIME             09/16 07:51
USAGE T              02'43
PGS. SENT                7
RESULT               OK
```

בס"ד

Law Office of

# Baruch C. Cohen, Esq.

A Professional Law Corporation

---

4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010-3823

Telephone: (323) 937-4501
Facsimile: (323) 937-4503

September 16, 2008

*Via Facsimile Transmission: 310/446-9909*
*and email: Msaltz@jrsfllp.com,*
*mef@jrsfllp.com*

Michael J. Saltz, Esq.
Mark Fingerman, Esq.
Jacobson, Russell, Saltz & Fingerman
10866 Wilshire Blvd., Suite 1550
Los Angeles, CA 90024

*Via Facsimile Transmission: 213/629-4520*
*and email: dkupetz@sulmeyerlaw.com*

David S. Kupetz, Esq.
SulmeyerKupetz, A Professional
Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, CA 90071

*Via Facsimile Transmission: 310/712-8571*
*and email: DMP@JMBM.com,*
*sgibson@jmbm.com*

David M. Poitras, Esq.
Stanley Gibson, Esq.
Jeffer Mangels, Butler & Marmaro
1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067-4308

*Via email: abelchic@gmail.com*

Andrew Belchic

*Via email: gajdad@pacbell.net*

David Gajda
Hollywood Media Center, LLC

Re:   *In re Citizen Smith, LLC, USBC 2:08-bk-19197-SB*

Dear Messrs Saltz, Fingerman, Poitras, Gibson, Kupetz, Belchic & Gajda:

This letter is being sent to you per the Court's Order (the order is attached by fax only) that
was faxed to my office last night September 15, 2008 at 9:22 pm.

The hearing on the EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

Subj:   **Re: In re Citizen Smith, LLC, USBC 2:08-bk-19197-SB**
Date:   9/16/2008
To:     Msaltz@jrsfllp.com, mef@jrsfllp.com, DMP@JMBM.com, sgibson@jmbm.com,
        dkupetz@sulmeyerlaw.com, gajdad@pacbell.net, abelchic@gmail.com
BCC:    james@thepajagroup.com, Manlinlaw, p_johnston@sbcglobal.net, jonny@thepajagroup.com,
        lemesq@aol.com

Law Office of
Baruch C. Cohen, Esq.
A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940 Telephone: (323) 937-4501
Los Angeles, California 90010-3823 Facsimile: (323) 937-4503

September 16, 2008

Via Facsimile Transmission: 310/446-9909 and email: Msaltz@jrsfllp.com, mef@jrsfllp.com

Michael J. Saltz, Esq.
Mark Fingerman, Esq.
Jacobson, Russell, Saltz & Fingerman
10866 Wilshire Blvd., Suite 1550
Los Angeles, CA 90024

Via Facsimile Transmission: 310/712-8571 and email: DMP@JMBM.com, sgibson@jmbm.com

David M. Poitras, Esq.
Stanley Gibson, Esq.
Jeffer Mangels, Butler & Marmaro
1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067-4308

Via Facsimile Transmission: 213/629-4520 and email: dkupetz@sulmeyerlaw.com

David S. Kupetz, Esq.
SulmeyerKupetz, A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, CA 90071

Via email: abelchic@gmail.com
Andrew Belchic

Via email: gajdad@pacbell.net
David Gajda, Hollywood Media Center, LLC
Re: In re Citizen Smith, LLC, USBC 2:08-bk-19197-SB

Dear Messrs Saltz, Fingerman, Poitras, Gibson, Kupetz, Belchic & Gajda:

This letter is being sent to you per the Court's Order (the order is attached by fax only) that was faxed to my
office last night September 15, 2008 at 9:22 pm.

The hearing on the EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR
PRELIMINARY INJUNCTIVE RELIEF (1) RESTRAINING AND PREVENTING HOLLYWOOD MEDIA
CENTER, LLC AND DAVID GAJDA FROM VIOLATING THE AUTOMATIC STAY AND (2) REQUIRING
ANDREW BELCHIC TO COMPLY WITH THE COURT'S PRIOR ORDERS UPON A PREVIOUS FINDING OF
CONTEMPT; FOR ISSUANCE OF ORDERS TO SHOW CAUSE RE CONTEMPT; FOR THE IMPOSITION OF
ATTORNEYS FEES AND COSTS FOR VIOLATIONS OF THE AUTOMATIC STAY AND OTHER ORDERS;
AND FOR OTHER RELIEF (that was served on you by personal service - hand delivery - on Friday September
12, 2008) will be held on Thursday, September 18, 2008 at 11:00 am before the Honorable Ernest Robles,
Courtroom 1568.

Oppositions can be filed and served on Wednesday September 17, 2008 at 5:00 pm. Telephonic notice of the hearing and opposition deadline by Tuesday September 16, 2008 at 9:00am.

If you have any questions or comments regarding the above, please do not hesitate to call.


Respectfully,
BARUCH C. COHEN
cc: Citizen Smith, LLC
Enclosure
F:\DOCS\CITIZEN-SMITH\CONTEMPT-2-NOTICE.wpd
9/16-7:52am


---

Respectfully,

Baruch C. Cohen, Esq.
Law Office of Baruch C. Cohen, APLC
4929 Wilshire Boulevard, Suite 940
Los Angeles, CA 90010
Telephone (323) 937-4501
Facsimile: (323) 937-4503
efax: (323) 297-4503
cell phone: (323) 353-9535
e-mail: BCC4929@aol.com

This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and is legally privileged. This e-mail is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail and destroy this communication. Thank you.