**ORIGINAL**

1  Baruch C. Cohen, Esq. (SBN 159455)
   **LAW OFFICE OF BARUCH C. COHEN**
2       A Professional Law Corporation
   4929 Wilshire Boulevard, Suite 940
3  Los Angeles, California 90010
   (323) 937-4501      Fax (323) 937-4503
4  email: BCC4929@aol.com

5  *Attorney For Citizen Smith, LLC*



ENTERED
SEP 2 2 2008
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk



FILED
SEP 2 2 2008
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**CITIZEN SMITH, LLC**<br><br>Debtor. | Case No. 2:08-bk-19197-SB<br>Assigned to the Honorable Samuel Bufford<br>Chapter 11<br><br>Order re: Request for<br>[~~PROPOSED~~] TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTIVE RELIEF: REQUIRING ANDREW BELCHIC TO COMPLY WITH THE COURT'S PRIOR ORDERS UPON A PREVIOUS FINDING OF CONTEMPT; FOR ISSUANCE OF ORDERS TO SHOW CAUSE RE CONTEMPT; FOR THE IMPOSITION OF ATTORNEYS FEES AND COSTS FOR VIOLATIONS OF THE AUTOMATIC STAY AND OTHER ORDERS; AND FOR OTHER RELIEF<br><br>[*Notice of Entry of Judgment or Order And Certificate of Mailing* attached]<br><br>Date: September 18, 2008<br>Time: 11:00 a.m.<br>Place: Courtroom 1575<br>Edward Roybal Building<br>255 East Temple Street<br>Los Angeles, CA 90012 |

The Court having considered the *Emergency Motion for Temporary Restraining Order And/or Preliminary Injunctive Relief (1) Restraining and Preventing Hollywood Media Center, Llc and David Gajda from Violating the Automatic Stay and (2) Requiring Andrew Belchic to Comply with the Court's Prior Orders upon a Previous Finding of Contempt; for Issuance of*

F:\DOCS\CITIZEN-SMITH\CONTEMPT-2b-ORD.wpd
9/19-3:01pm

1 | *Orders to Show Cause re Contempt; for the Imposition of Attorneys Fees and Costs for*
2 | *Violations of the Automatic Stay and Other Orders; and for Other Relief* ("Emergency Motion")
3 | filed herein by Debtor and Debtor-In-Possession CITIZEN SMITH (hereinafter referred to as
4 | "CITIZEN SMITH") *and the opposition filed thereto* and good cause appearing,
5 | IT IS HEREBY ORDERED ADJUDGED AND DECREED that the Emergency Motion
6 | is GRANTED *only to the extent set forth below:*
7 | ~~IT IS FURTHER HEREBY ORDERED ADJUDGED AND DECREED that BELCHIC~~
8 | ~~wilfully violated the Court's Order of September 5, 2008.~~
9 | IT IS ~~FURTHER~~ HEREBY ORDERED ADJUDGED AND DECREED that BELCHIC
10 | is ordered to meet the California Department of Alcoholic Beverage Control (hereinafter
11 | referred to as the "ABC") by no later than Wednesday September 24, 2008, for the purpose of
12 | executing the California Department of Alcoholic Beverage Control's License Action Request
13 | (hereinafter referred to as the "LAR") Section 5, withdrawing his improper surrender of the
14 | liquor license of August 28-29, 2008. BELCHIC may inquire of the ABS as to whether he may
15 | interlineate Section 5, and whether the ABC will accept such interlineation - in accepting the
16 | withdrawal of the prior surrender.
17 | IT IS FURTHER HEREBY ORDERED ADJUDGED AND DECREED that the motion
18 | effecting HOLLYWOOD MEDIA CENTER, LLC (hereinafter referred to as "HMC") and
19 | DAVID GAJDA (hereinafter referred to as "GAJDA"), *is to be calendared*
20 | ~~will be heard by Judge Bufford upon his return~~ *before Judge Bufford.*
21 | IT IS FURTHER HEREBY ORDERED ADJUDGED AND DECREED that hearings on
22 | Orders to Show Cause re Contempt against HMC, GAJDA, and BELCHIC, including the
23 | imposition of attorneys' fees, costs, and sanctions *is to be calendared* ~~will be issued and set a hearing on by Judge~~
24 | ~~Bufford upon his return.~~ *before Judge Bufford.*
25 | **IT IS SO ORDERED**
26 |
27 | DATED:   September ~~19~~ 22, 2008
          _____
          THE HONORABLE ERNEST ROBLES
28 |      UNITED STATES BANKRUPTCY COURT

F:\DOCS\CITIZEN-SMITH\CONTEMPT-2b-ORD.wpd      1
9/19-3:01pm

1 | Respectfully Submitted.

2 | DATED:     September 19, 2008         LAW OFFICE OF BARUCH C. COHEN
                                          A Professional Law Corporation
3
4 |                                       By _____
                                          Baruch C. Cohen, Esq.
5 |                                       *Attorney For Citizen Smith, LLC*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTE TO USERS OF THIS FORM:
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do not file this form as a separate document.*

*In re Citizen Smith, LLC*, USBC 2:08-bk-19197-SB

NOTICE OF ENTRY OF JUDGMENT OR ORDER AND CERTIFICATE OF MAILING
F:\DOCS\CITIZEN-SMITH\CONTEMPT-2b-ORD.wpd

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(1)(a)(v), that a judgment or order entitled *(specify)*:

   **[PROPOSED] TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTIVE RELIEF (1) RESTRAINING AND PREVENTING HOLLYWOOD MEDIA CENTER, LLC AND DAVID GAJDA FROM VIOLATING THE AUTOMATIC STAY AND (2) REQUIRING ANDREW BELCHIC TO COMPLY WITH THE COURT'S PRIOR ORDERS UPON A PREVIOUS FINDING OF CONTEMPT; FOR ISSUANCE OF ORDERS TO SHOW CAUSE RE CONTEMPT; FOR THE IMPOSITION OF ATTORNEYS FEES AND COSTS FOR VIOLATIONS OF THE AUTOMATIC STAY AND OTHER ORDERS; AND FOR OTHER RELIEF**

   was entered on *(specify date)*: **SEP 2 2 2008**

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date):

   **SEP 2 2 2008**

Dated: **SEP 2 2 2008**

JON D. CERETTO
Clerk of the Bankruptcy Court

By: *Lydia Gonzalez*
Deputy Clerk

## PROOF OF SERVICE

I, Baruch C. Cohen, declare as follows:

I am, and was at all times herein mentioned, a citizen of the United States, a resident of the County of Los Angeles, State of California, over the age of 18 years and not a party to this action or proceeding. My business address is 4929 Wilshire Boulevard, Suite 940, Los Angeles, California 90010.

Upon this day, I served the within **[[PROPOSED] TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTIVE RELIEF: REQUIRING ANDREW BELCHIC TO COMPLY WITH THE COURT'S PRIOR ORDERS UPON A PREVIOUS FINDING OF CONTEMPT; FOR ISSUANCE OF ORDERS TO SHOW CAUSE RE CONTEMPT; FOR THE IMPOSITION OF ATTORNEYS FEES AND COSTS FOR VIOLATIONS OF THE AUTOMATIC STAY AND OTHER ORDERS; AND FOR OTHER RELIEF** on all interested parties in this action through their attorneys of record by placing a true and correct copy thereof, addressed as per the attached service list.

__X__ **VIA FIRST CLASS MAIL** [C.C.P. §§ 1012a, et seq., & Local Bankruptcy Rule 7004-1(2)(b)]. I deposited said document(s) into the United States mail at Los Angeles, California, in a sealed envelope with postage fully prepaid. My practice is to collect and process mail on the same day as shown on this declaration. Under that practice, all correspondence is deposited with the US Postal Service on the same day that it is placed for collection and processing, in the ordinary course of business.

____ **VIA HAND DELIVERY/PERSONAL SERVICE** (C.C.P. §§ 1001, et seq., & Local Bankruptcy Rule 7004-1(2)(c)]. I directed a courier to personally deliver said document(s) to each addressee.

____ **VIA FEDERAL EXPRESS/OVERNIGHT/NEXT BUSINESS DAY DELIVERY SERVICE** (C.C.P. §§ 1011, 1012, & Local Bankruptcy Rule 7004-1(2)(d)]. I enveloped, properly labeled, and caused to be deposited into a Federal Express pick-up receptacle as per the regular practice of my office.

__X__ **VIA FACSIMILE** (C.C.P. §§ 1012.5, & Local Bankruptcy Rule 7004-1(2)(e)]. I caused the said document(s) to be transmitted by SACsimile machine to the number indicated after the address(es) noted herein. I received written confirmation that the SACsimile transmission was received by the addressee.

I declare that I am a member of the State Bar of this Court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Los Angeles, California on September __, 2008.

_/s/ Baruch Cohen_
Baruch C. Cohen

4

# SERVICE LIST

**COUNSEL FOR ANDREW BELCHIC**
Mark Fingerman, Esq.
Jacobson, Russell, Saltz & Fingerman, LLP
10866 Wilshire Blvd., Suite 1550
Los Angeles, CA 90024
*Via Facsimile Transmission: 310/446-9909*

**COUNSEL FOR HOLLYWOOD MEDIA CENTER, LLC AND DAVID GAJDA**

David M. Poitras, Esq.
Jeffer Mangels Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-4308
*Via Facsimile Transmission: 310/712-8571*

David S. Kupetz, Esq.
SulmeyerKupetz, A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, CA 90071
*Via Facsimile Transmission: 213/629-4520*