David S. Kupetz (CA Bar No. 125062)
   dkupetz@sulmeyerlaw.com
Mark S. Horoupian (CA Bar No. 175373)
   mhoroupian@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California  90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Attorneys for Hollywood Media Center, LLC,
Creditor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

In re

CITIZEN SMITH, LLC,

                    Debtor.

Case No. 2:08-bk-19197-SB

Chapter 11

**OBJECTION TO DEBTOR'S PROPOSED ORDER ON "EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTIVE RELIEF (1) RESTRAINING AND PREVENTING HOLLYWOOD MEDIA CENTER, LLC AND DAVID GAJDA FROM VIOLATING THE AUTOMATIC STAY AND (2) REQUIRING ANDREW BELCHIC TO COMPLY WITH THE COURT'S PRIOR ORDERS UPON A PREVIOUS FINDING OF CONTEMPT; FOR ISSUANCE OF ORDERS TO SHOW CAUSE RE CONTEMPT; FOR THE IMPOSITION OF ATTORNEYS' FEES AND COSTS FOR VIOLATION OF THE AUTOMATIC STAY AND OTHER ORDERS; AND FOR OTHER RELIEF"; DECLARATION OF DAVID S. KUPETZ**

DATE:    September 18, 2008
TIME:     11:00 a.m.
PLACE: U.S. Bankruptcy Court
           Courtroom 1568
           255 East Temple Street
           Los Angeles, CA 90012

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA  90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1    Hollywood Media Center, LLC ("HMC"), the landlord, and a creditor and

2  equity holder of Citizen Smith, LLC (the "Debtor"), objects to the Debtor's "[Proposed]

3  Temporary Restraining Order and/or Preliminary Injunctive Relief: Requiring Andrew

4  Belchic to Comply With the Court's Prior Orders Upon a Previous Finding of Contempt;

5  for Issuance of Orders to Show Cause re Contempt; for the Imposition of Attorneys Fees

6  and Costs for Violations of the Automatic Stay and Other Orders; and for Other Relief"

7  (the "Proposed Order"), as follows:

8    1.    A true and correct copy of the Proposed Order is attached hereto as

9  Exhibit 1.  The Proposed Order was transmitted to counsel for HMC by counsel for the

10  Debtor by email at 3:15 p.m. on Friday, September 19, 2008.  The Proposed Order arises

11  from a hearing conducted by the Court on Thursday, September 18, 2008.  The

12  Proposed Order does not reflect what the Court actually ordered at the hearing.

13  Moreover, at the hearing, the Court directed counsel for the Debtor to draft a proposed

14  order and to send it to the other counsel in the matter to be signed off as to form prior to

15  lodging the proposed order.  This was not done.

16    2.    Upon receipt, by email, of the Proposed Order sent by counsel for

17  the Debtor, counsel for HMC sent a reply email to counsel for the Debtor inquiring

18  whether counsel for the Debtor had actually lodged the Proposed Order with the Court

19  without allowing it to be reviewed in advance by the other counsel in this matter and

20  pointing out the inaccuracies contained in the Proposed Order.  A true and correct copy

21  of this email reply from counsel to HMC to counsel for the Debtor is attached hereto as

22  Exhibit 2 and is incorporated herein by this reference.  As of this time, counsel for the

23  Debtor has not responded to this email message.

24    3.    The inaccuracies in the Proposed Order include the following:

25    a.    The provision in the Proposed Order providing that the

26  emergency motion (the "Emergency Motion ") brought by the Debtor "is granted" is

27  wrong.  The Emergency Motion sought expansive relief.  Actually, none of the relief

28

1   requested in the Emergency Motion was granted.  The relief granted was much more

2   limited than anything the Debtor requested in the Emergency Motion.

3          b.      The Debtor incorrectly provides in the Proposed Order that the

4   Court "ordered" that "Belchic willfully violated the Court's Order of September 5, 2008."

5   The Proposed Order p. 1, lines 7-8.  The Court did not make any such finding or ruling.

6          c.      The Court presiding over the subject hearing (Judge Robles)

7   did not order Judge Bufford to hear anything.  Accordingly, the language at lines 17-27 of

8   Page 1 of the Proposed Order is inaccurate and inappropriate.

9          d.      The Proposed Order mischaracterizes, at lines 9-16 of page

10  1, what the Court actually did order.  What the Court did order is limited to requiring

11  Belchic to go to the office of the Department of Alcoholic Beverage Control ("ABC") by no

12  later than Wednesday, September 24, 2008 to see if the ABC would allow him to sign the

13  particular form under information and belief instead of under penalty of perjury.  The

14  Court also ordered that counsel for the Debtor be advised of the time of Belchic's meeting

15  with the ABC and be allowed to attend the meeting as a silent observer.  The Court did

16  not make any order beyond what is set forth herein and the language at lines 9-16 of

17  Page 1 of the Proposed Order does not reflect what the Court actually ordered.

18         4.      A proposed alternative form of Order is being submitted

19  contemporaneously with this Objection.

20         **WHEREFORE,** HMC respectfully requests that the Court reject the

21  Proposed Order submitted by the Debtor and, instead, sign the proposed alternative form

22  of order submitted by HMC.

23

24  DATED: September 22, 2008    **Sulmeyer**Kupetz
                                  A Professional Corporation

25

26                                  By: _____

27                                  David S. Kupetz
                                    Attorneys for Hollywood Media Center, LLC,

28                                  Creditor

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1     **<u>DECLARATION OF DAVID S. KUPETZ</u>**

2     I, David S. Kupetz declare:

3     1.     I have personal knowledge of the facts stated herein. I can testify

4 that said facts are true and correct.

5     2.     I am an attorney duly admitted and qualified to practice law before

6 the above-entitled court. I am a member of the law firm SulmeyerKupetz ("SK") a

7 professional corporation.

8     3.     SK is bankruptcy counsel to Hollywood Media Center, LLC ("HMC"),

9 in connection with the chapter 11 case of Citizen Smith, LLC (the "Debtor").

10     4.     I appeared at the hearing conducted by Judge Robes (with Judge

11 Bufford being away and unavailable) in the above-captioned case on September 18,

12 2008, with respect to the Debtor's "Emergency Motion for Temporary Restraining Order

13 and/or Preliminary Injunctive Relief (1) Restraining and Preventing Hollywood Media

14 Center, LLC and David Gajda from Violating the Automatic Stay and (2) Requiring

15 Andrew Belchic to Comply with the Court's Prior Orders Upon a Previous Finding of

16 Contempt; for Issuance of Orders to Show Cause re Contempt; for the Imposition of

17 Attorneys' Fees and Costs for Violation of the Automatic Stay and Other Orders; and for

18 Other Relief" (the "Emergency Motion").

19     5.     On Friday, September 19, 2008, at approximately 3:15 p.m., I

20 received an email message from Baruch C. Cohen, counsel to the Debtor, transmitting a

21 "[Proposed] Temporary Restraining Order and/or Preliminary Injunctive Relief: Requiring

22 Andrew Belchic to Comply With Court's Prior Orders Upon a Previous Finding of

23 Contempt; for Issuance of Orders to Show Cause re Contempt; for the Imposition of

24 Attorneys Fees and Costs for Violations of the Automatic Stay and Other Orders; and for

25 Other Relief" (the "Proposed Order").

26

27

28

[DSK\LIT\521822.1 9/22/2008 (2:50 PM)]      4

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1    6.    A true and correct copy of the Proposed Order is attached hereto as

2 Exhibit 1. The Proposed Order arises from the hearing conducted by the Court on

3 Thursday, September 18, 2008. The Proposed Order does not reflect what the Court

4 actually ordered at the hearing. Moreover, at the hearing, the Court directed counsel for

5 the Debtor to draft a proposed order and to send it to the other counsel in the matter to

6 be signed off as to form prior to lodging the proposed order. That was not done.

7    7.    Upon reviewing of the Proposed Order sent by counsel for the

8 Debtor, I sent a reply email to counsel for the Debtor inquiring whether counsel for the

9 Debtor had actually lodged the Proposed Order with the Court without allowing it to be

10 reviewed in advance by the other counsel in this matter and pointing out the inaccuracies

11 contained in the Proposed Order. A true and correct copy of this email message to

12 counsel for the Debtor is attached hereto as Exhibit 2 and is incorporated herein by this

13 reference. I have not received any reply to my email message from counsel for the

14 Debtor. After following up twice by telephone, my assistant was advised at approximately

15 10:30 a.m. on Monday, September 22, 2008, by a member of the Debtor's counsel's

16 office staff that the Proposed Order had been lodged with the Court.

17    8.    The inaccuracies in the Proposed Order include the following:

18    a.    The provision in the Proposed Order providing that the

19 emergency motion (the "Emergency Motion") brought by the Debtor "is granted" is wrong.

20 The Emergency Motion sought expansive relief. Actually, none of the relief requested in

21 the Emergency Motion was granted. The relief granted was much more limited than

22 anything the Debtor requested in the Emergency Motion.

23    b.    The Debtor incorrectly provided in the Proposed Order that

24 the Court "ordered" that "Belchic willfully violated the Court's Order of September 5,

25 2008." The Proposed Order p. 1, lines 7-8. The Court did not make any such finding or

26 ruling.

27

28

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1          c.    The Court presiding over the subject hearing (Judge Robles)

2  did not order Judge Bufford to hear anything.  Accordingly, the language at lines 17-27 of

3  Page 1 of the Proposed Order is inaccurate and inappropriate.

4          d.    The Proposed Order mischaracterizes, at lines 9-16 of page

5  1, what the Court actually did order.  What the Court did order is limited to requiring

6  Belchic to go to the Office of the Department of Alcoholic Beverage Control ("ABC") by no

7  later than Wednesday, September 24, 2008, to see if the ABC would allow him to

8  interlineate and sign the particular form under information and belief instead of under

9  penalty of perjury.  The Court also ordered that counsel for the Debtor be advised of the

10 time of Belchic's meeting with the ABC and be allowed to attend the meeting solely as a

11 silent observer.  The Court did not make any order beyond what is set forth herein and

12 the language at lines 9-16 of Page 1 of the Proposed Order does not reflect what the

13 Court actually ordered.

14         9.    While SK does not represent Belchic, it is clear to me that the

15 Proposed Order presented by the Debtor is inaccurate in every respect and, accordingly,

16 I felt it was incumbent upon me to file an objection to the Proposed Order and lodge an

17 alternative form of proposed order.

18         10.   A proposed alternative form of Order is being submitted

19 contemporaneously with this Declaration.

20         I declare under penalty of perjury that the foregoing is true and correct.

21         EXECUTED THIS 22nd DAY OF SEPTEMBER 2008, AT LOS ANGELES,

22 CALIFORNIA.

23

24                                             _____
                                               David S. Kupetz

25

26

27

28

# EXHIBIT 1

**Kupetz, David S.**

| | |
|---|---|
| **From:** | BCC4929@aol.com |
| **Sent:** | Friday, September 19, 2008 3:15 PM |
| **To:** | Kupetz, David S. |
| **Cc:** | msaltz@jrsfllp.com; mef@jrsfllp.com |
| **Subject:** | Re: Citizen Smith - Proposed Order |
| **Attachments:** | CONTEMPT-2b-ORD.pdf |

[PROPOSED] TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTIVE RELIEF:  REQUIRING
ANDREW BELCHIC TO COMPLY WITH THE COURT'S PRIOR ORDERS UPON A PREVIOUS FINDING OF
CONTEMPT; FOR ISSUANCE OF ORDERS TO SHOW CAUSE RE CONTEMPT; FOR THE IMPOSITION OF
ATTORNEYS FEES AND COSTS FOR VIOLATIONS OF THE AUTOMATIC STAY AND OTHER ORDERS; AND FOR
OTHER RELIEF
in pdf format

In a message dated 9/19/2008 2:33:24 P.M. Pacific Daylight Time, dkupetz@sulmeyerlaw.com writes:

> Baruch,
>
> Have you prepared the proposed order as directed by Judge Robles at yesterday's hearing? If so, I have not
> received your draft.  Also, counsel for Belchik has asked that I advise you that Belchik is meeting with the ABC
> on next Tuesday at 10:00 a.m. to discuss amending/interlineating the form.
>
> David
>
> _____
> David S. Kupetz
> **SulmeyerKupetz**
> A Professional Corporation
> Direct Line: 213.617.5274
> E-Mail: dkupetz@sulmeyerlaw.com
> URL: www.sulmeyerlaw.com
> 333 South Hope Street, Thirty-Fifth Floor,
> Los Angeles, CA 90071
> Voice: 213.626.2311 Fax: 213.629.4520

st fall trends and hair styles at StyleList.com.

```
=======================================================
```
This e-mail message is for the sole use of the intended recipient(s) and may
contain confidential or legally privileged information. Any unauthorized
review, use, disclosure or distribution is prohibited. If you are not the
intended recipient, please contact the sender by reply e-mail, delete this
message from your computer and destroy all copies of the original message.

```
=======================================================
```

Looking for simple solutions to your real-life financial challenges? Check out WalletPop for the latest news and
information, tips and calculators.

Baruch C. Cohen, Esq. (SBN 159455)
**LAW OFFICE OF BARUCH C. COHEN**
     A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501      Fax (323) 937-4503
email: BCC4929@aol.com

*Attorney For Citizen Smith, LLC*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**CITIZEN SMITH, LLC**<br><br>     Debtor. | Case No. 2:08-bk-19197-SB<br>Assigned to the Honorable Samuel Bufford<br>Chapter 11<br><br>**[PROPOSED] TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTIVE RELIEF:  REQUIRING ANDREW BELCHIC TO COMPLY WITH THE COURT'S PRIOR ORDERS UPON A PREVIOUS FINDING OF CONTEMPT; FOR ISSUANCE OF ORDERS TO SHOW CAUSE RE CONTEMPT; FOR THE IMPOSITION OF ATTORNEYS FEES AND COSTS FOR VIOLATIONS OF THE AUTOMATIC STAY AND OTHER ORDERS; AND FOR OTHER RELIEF**<br><br>*[Notice of Entry of Judgment or Order And Certificate of Mailing* attached]<br><br>Date: September 18, 2008<br>Time: 11:00 a.m.<br>Place: Courtroom 1575<br>Edward Roybal Building<br>255 East Temple Street<br>Los Angeles, CA 90012 |

The Court having considered the *Emergency Motion for Temporary Restraining Order And/or Preliminary Injunctive Relief (1) Restraining and Preventing Hollywood Media Center, Llc and David Gajda from Violating the Automatic Stay and (2) Requiring Andrew Belchic to Comply with the Court's Prior Orders upon a Previous Finding of Contempt; for Issuance of*

1   *Orders to Show Cause re Contempt; for the Imposition of Attorneys Fees and Costs for*

2   *Violations of the Automatic Stay and Other Orders; and for Other Relief* ("Emergency Motion")

3   filed herein by Debtor and Debtor-In-Possession CITIZEN SMITH (hereinafter referred to as

4   "CITIZEN SMITH") and good cause appearing,

5        IT IS HEREBY ORDERED ADJUDGED AND DECREED that the Emergency Motion

6   is GRANTED;

7        IT IS FURTHER HEREBY ORDERED ADJUDGED AND DECREED that BELCHIC

8   wilfully violated the Court's Order of September 5, 2008.

9        IT IS FURTHER HEREBY ORDERED ADJUDGED AND DECREED that BELCHIC

10   is ordered to meet the California Department of Alcoholic Beverage Control (hereinafter

11   referred to as the "ABC") by no later than Wednesday September 24, 2008, for the purpose of

12   executing the California Department of Alcoholic Beverage Control's License Action Request

13   (hereinafter referred to as the "LAR") Section 5, withdrawing his improper surrender of the

14   liquor license of August 28-29, 2008. BELCHIC may inquire of the ABS as to whether he may

15   interlineate Section 5, and whether the ABC will accept such interlineation - in accepting the

16   withdrawal of the prior surrender.

17        IT IS FURTHER HEREBY ORDERED ADJUDGED AND DECREED that the motion

18   effecting HOLLYWOOD MEDIA CENTER, LLC (hereinafter referred to as "HMC") and

19   DAVID GAJDA (hereinafter referred to as "GAJDA"), will be heard by Judge Bufford upon

20   his return.

21        IT IS FURTHER HEREBY ORDERED ADJUDGED AND DECREED that hearings on

22   Orders to Show Cause re Contempt against HMC, GAJDA, and BELCHIC, including the

23   imposition of attorneys' fees, costs, and sanctions will be issued and set a hearing on by Judge

24   Bufford upon his return.

25   **IT IS SO ORDERED**

26

27   DATED:     September 19, 2008          _____

28                         THE HONORABLE ERNEST ROBLES
                                     UNITED STATES BANKRUPTCY COURT

1   Respectfully Submitted.

2   DATED:      September 19, 2008      LAW OFFICE OF BARUCH C. COHEN
                                       A Professional Law Corporation

4                                   By _____
                                      Baruch C. Cohen, Esq.

5                                    *Attorney For Citizen Smith, LLC*

NOTE TO USERS OF THIS FORM:
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do not file this form as a separate document.*

### *In re Citizen Smith, LLC*, USBC 2:08-bk-19197-SB

## NOTICE OF ENTRY OF JUDGMENT OR ORDER AND CERTIFICATE OF MAILING

F:\DOCS\CITIZEN-SMITH\CONTEMPT-2b-ORD.wpd

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1.   You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(1)(a)(v), that a judgment or order entitled *(specify)*:

**[PROPOSED] TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTIVE RELIEF (1) RESTRAINING AND PREVENTING HOLLYWOOD MEDIA CENTER, LLC AND DAVID GAJDA FROM VIOLATING THE AUTOMATIC STAY AND (2) REQUIRING ANDREW BELCHIC TO COMPLY WITH THE COURT'S PRIOR ORDERS UPON A PREVIOUS FINDING OF CONTEMPT; FOR ISSUANCE OF ORDERS TO SHOW CAUSE RE CONTEMPT; FOR THE IMPOSITION OF ATTORNEYS FEES AND COSTS FOR VIOLATIONS OF THE AUTOMATIC STAY AND OTHER ORDERS; AND FOR OTHER RELIEF**

was entered on *(specify date)*:

2.   I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date):

Dated:

JON D. CERETTO
Clerk of the Bankruptcy Court

By:_____
                Deputy Clerk

*Rev. 5/98* This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9021-1.1

12

1

# P R O O F   O F   S E R V I C E

2          I, Baruch C. Cohen, declare as follows:

3          I am, and was at all times herein mentioned, a citizen of the United States, a resident of
the County of Los Angeles, State of California, over the age of 18 years and not a party to this
4    action or proceeding. My business address is 4929 Wilshire Boulevard, Suite 940, Los Angeles,
California 90010.

5          Upon this day, I served the within **[[PROPOSED] TEMPORARY RESTRAINING
6    ORDER AND/OR PRELIMINARY INJUNCTIVE RELIEF:  REQUIRING ANDREW
BELCHIC TO COMPLY WITH THE COURT'S PRIOR ORDERS UPON A PREVIOUS
7    FINDING OF CONTEMPT; FOR ISSUANCE OF ORDERS TO SHOW CAUSE RE
CONTEMPT; FOR THE IMPOSITION OF ATTORNEYS FEES AND COSTS FOR
8    VIOLATIONS OF THE AUTOMATIC STAY AND OTHER ORDERS; AND FOR
OTHER RELIEF** on all interested parties in this action through their attorneys of record by
9    placing a true and correct copy thereof, addressed as per the attached service list.

10    __X__   **VIA FIRST CLASS MAIL** [C.C.P. §§ 1012a, et seq., & Local Bankruptcy Rule 7004-
1(2)(b)]. I deposited said document(s) into the United States mail at Los Angeles,
11          California, in a sealed envelope with postage fully prepaid. My practice is to collect and
process mail on the same day as shown on this declaration. Under that practice, all
12          correspondence is deposited with the US Postal Service on the same day that it is placed
for collection and processing, in the ordinary course of business.
13
____   **VIA HAND DELIVERY/PERSONAL SERVICE** (C.C.P. §§ 1001, et seq., & Local
14          Bankruptcy Rule 7004-1(2)(c)]. I directed a courier to personally deliver said
document(s) to each addressee.
15
____   **VIA FEDERAL EXPRESS/OVERNIGHT/NEXT BUSINESS DAY DELIVERY
16          SERVICE** (C.C.P. §§ 1011, 1012, & Local Bankruptcy Rule 7004-1(2)(d)]. I
enveloped, properly labeled, and caused to be deposited into a Federal Express pick-up
17          receptacle as per the regular practice of my office.

18    __X__   **VIA FACSIMILE** (C.C.P. §§ 1012.5, & Local Bankruptcy Rule 7004-1(2)(e)]. I
caused the said document(s) to be transmitted by SACsimile machine to the number
19          indicated after the address(es) noted herein. I received written confirmation that the
SACsimile transmission was received by the addressee.
20
I declare that I am a member of the State Bar of this Court.
21
I declare under penalty of perjury under the laws of the State of California that the
22    foregoing is true and correct. Executed at Los Angeles, California on September __, 2008.

23          _Baruch Cohen_
_____
24    Baruch C. Cohen

25

26

27

28

4

13

1

### SERVICE LIST

2 **COUNSEL FOR ANDREW BELCHIC**

Mark Fingerman, Esq.
3 Jacobson, Russell, Saltz & Fingerman, LLP
10866 Wilshire Blvd., Suite 1550
4 Los Angeles, CA 90024
*Via Facsimile Transmission: 310/446-9909*

5

**COUNSEL FOR HOLLYWOOD MEDIA CENTER, LLC AND DAVID GAJDA**
6

David M. Poitras, Esq.
7 Jeffer Mangels Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
8 Los Angeles, CA 90067-4308
*Via Facsimile Transmission: 310/712-8571*

9

David S. Kupetz, Esq.
10 SulmeyerKupetz, A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
11 Los Angeles, CA 90071
*Via Facsimile Transmission: 213/629-4520*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Rev. 5/98 This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 9021-1.1**

14

# EXHIBIT 2

## Kupetz, David S.

| | |
|---|---|
| **From:** | Kupetz, David S. |
| **Sent:** | Friday, September 19, 2008 3:53 PM |
| **To:** | 'BCC4929@aol.com' |
| **Cc:** | msaltz@jrsfllp.com; mef@jrsfllp.com |

**Subject:** RE: Citizen Smith - Proposed Order

Baruch,

The proposed order you transmitted to me at 3:15 this afternoon is inaccurate in every material respect. It does not reflect what Judge Robles actually ordered at the hearing yesterday. Have you lodged the order? At the hearing, Judge Robles directed that you send it to the other counsel to be signed off as to form prior to lodging it. I hope that is what you were doing when you sent it out at 3:15 for the first time. Please clarify.

The inaccuracies in the order include the following:

1. The provision providing that the Emergency Motion "is granted" is wrong. The Emergency Motion sought expansive relief. Actually, none of the relief requested in the emergency motion was granted. The relief granted was much more limited than anything you requested in the Emergency Motion.

2. You have incorrectly provided in the Order that the Court "Ordered" that "Belchik willfully violated the Court's Order of September 5, 2008." The Court did not make any such finding or ruling. There is no good faith basis for you making this mistake.

3. Judge Robles did not order Judge Bufford to hear anything. Accordingly, the language at lines 17 -24 must be deleted from the proposed Order.

4. Finally, you have mischaracterized at lines 9 - 16 what the Court actually did order. What the Court did order is limited to requiring Belchik to go to the ABC by next Wednesday to see if the ABC would allow him to sign the form with interlineations stating it was signed under information and belief instead of under penalty of perjury.

While my firm does not represent Belchik, I was at the hearing yesterday and I'm astounded by the liberties you have taken in preparing an inaccurate proposed order. However, hopefully you have not already (without allowing us to review it first as directed by Judge Robles) lodged this incorrect proposed Order with the court. Again, please advise.

David

David S. Kupetz
**Sulmeyer**Kupetz
A Professional Corporation
Direct Line: 213.617.5274
E-Mail: dkupetz@sulmeyerlaw.com
URL: www.sulmeyerlaw.com
333 South Hope Street, Thirty-Fifth Floor,
Los Angeles, CA 90071
Voice: 213.626.2311 Fax: 213.629.4520

**From:** BCC4929@aol.com [mailto:BCC4929@aol.com]
**Sent:** Friday, September 19, 2008 3:15 PM
**To:** Kupetz, David S.
**Cc:** msaltz@jrsfllp.com; mef@jrsfllp.com

**Subject:** Re: Citizen Smith - Proposed Order

**[PROPOSED] TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTIVE RELIEF: REQUIRING ANDREW BELCHIC TO COMPLY WITH THE COURT'S PRIOR ORDERS UPON A PREVIOUS FINDING OF CONTEMPT; FOR ISSUANCE OF ORDERS TO SHOW CAUSE RE CONTEMPT; FOR THE IMPOSITION OF ATTORNEYS FEES AND COSTS FOR VIOLATIONS OF THE AUTOMATIC STAY AND OTHER ORDERS; AND FOR OTHER RELIEF**
in pdf format

In a message dated 9/19/2008 2:33:24 P.M. Pacific Daylight Time, dkupetz@sulmeyerlaw.com writes:

> Baruch,
>
> Have you prepared the proposed order as directed by Judge Robles at yesterday's hearing? If so, I have not received your draft.  Also, counsel for Belchik has asked that I advise you that Belchik is meeting with the ABC on next Tuesday at 10:00 a.m. to discuss amending/interlineating the form.
>
> David
>
> _____
> David S. Kupetz
> **Sulmeyer**Kupetz
> A Professional Corporation
> Direct Line: 213.617.5274
> E-Mail: dkupetz@sulmeyerlaw.com
> URL: www.sulmeyerlaw.com
> 333 South Hope Street, Thirty-Fifth Floor,
> Los Angeles, CA 90071
> Voice: 213.626.2311 Fax: 213.629.4520
>
>
> st fall trends and hair styles at StyleList.com.
>
>
> ========================================================
> This e-mail message is for the sole use of the intended recipient(s) and may contain confidential or legally privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message from your computer and destroy all copies of the original message.
>
> ========================================================

_____

Looking for simple solutions to your real-life financial challenges? Check out WalletPop for the latest news and information, tips and calculators.

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406.

On September 22, 2008, I served the following document(s) described as **OPPOSITION TO DEBTOR'S "EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTIVE RELIEF (1) RESTRAINING AND PREVENTING HOLLYWOOD MEDIA CENTER, LCC AND DAVID GAJDA FROM VIOLATING THE AUTOMATIC STAY AND (2) REQUIRING ANDREW BELCHIC TO COMPLY WITH THE COURT'S PRIOR ORDERS UPON A PREVIOUS FINDING OF CONTEMPT; FOR ISSUANCE OF ORDERS TO SHOW CAUSE RE CONTEMPT; FOR THE IMPOSITION OF ATTORNEYS' FEES AND COSTS FOR VIOLATION OF THE AUTOMATIC STAY AND OTHER ORDERS; AND FOR OTHER RELIEF"** on the interested parties in this action as follows:

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from the e-mail address dperez@sulmeyerlaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**OFFICE OF THE UNITED STATES TRUSTEE**
Bruce S. Schildkraut, Esq.
Office of the United States Trustee
725 South Figueroa Street, Suite 2600
Los Angeles, CA 90017
Bruce.Schildkraut@usdoj.gov

Mark Fingerman, Esq.
Michael J. Saltz, Esq.
Jacobson, Russell Saltz & Fingerman, LLP
10866 Wilshire Blvd., Ste. 1550
Los Angeles, CA 90024
mef@jrsfllp.com
msaltz@jrsfllp.com

**COUNSEL FOR CITIZEN SMITH, LLC**
Baruch C. Cohen, Esq.
Law Office of Baruch C. Cohen
4929 Wilshire Boulevard, Ste. 940
Los Angeles, CA 90010
BCC4929@a0l.com

**COUNSEL FOR CREDITORS MIKE BROOKS, VJ GLASS, MIRROR, LLC AND G&E WELDING**
Daniel Gill, Esq.
Ezra, Brutzkus, Gubner LLP
21650 Oxnard Street, Ste. 500
Woodland Hills, CA 91436

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with SulmeyerKupetz's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited

1    in the ordinary course of business with the United States Postal Service, in a sealed
2    envelope with postage fully prepaid.

**COUNSEL FOR CITIZEN SMITH, LLC**
3    Baruch C. Cohen, Esq.
     Law Office of Baruch C. Cohen
4    4929 Wilshire Boulevard, Ste. 940
     Los Angeles, CA  90010
5
         I declare under penalty of perjury under the laws of the United States of America
6    that the foregoing is true and correct and that I am employed in the office of a member of
     the bar of this Court at whose direction the service was made.
7
         Executed on September 22, 2008, at Los Angeles, California.
8

9

10    Debbie A. Perez

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

[DSK\LIT\521822.1 9/22/2008 (2:50 PM)]

ii