**ORIGINAL**

Baruch C. Cohen, Esq. (SBN 159455)
**LAW OFFICE OF BARUCH C. COHEN**
A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501     Fax (323) 937-4503
email: BCC4929@aol.com

*Attorney For Citizen Smith, LLC*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CITIZEN SMITH, LLC<br><br>Debtor.<br>_____<br><br>CITIZEN SMITH, LLC., A California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>HOLLYWOOD MEDIA CENTER, LLC., A California Limited Liability Company, DAVID GAJDA; and DOES 1 TO 50, inclusive,<br><br>Defendants | Case No. 2:08-bk-19197-SB<br>Assigned to the Honorable Samuel Bufford<br>Chapter 11<br><br>ADVERSARY NO. _____<br><br>[L.A.S.C. Case No. BC390765 (c/w 08U04924 & BC393016)]<br><br><br><br>NOTICE OF REMOVAL<br><br>F.R.B.P. 9027<br>28 U.S.C. § 1452<br>Local Bankruptcy Rule 9027-1(a)<br><br>[*No Hearing Required*] |

TO THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE UNITED STATES TRUSTEE AND PARTIES IN INTEREST

Pursuant to Federal Rule of Bankruptcy Procedure 9027, CITIZEN SMITH, LLC., (the "Debtor"), and PLAINTIFF CITIZEN SMITH, LLC., A CALIFORNIA LIMITED LIABILITY COMPANY, DEFENDANTS HOLLYWOOD MEDIA CENTER, LLC., A CALIFORNIA LIMITED LIABILITY COMPANY, DAVID GAJDA hereby removes to the

1  United States Bankruptcy Court, Central District of California, Los Angeles Division, an action
2  entitled: CITIZEN SMITH, LLC., A California Limited Liability Company vs. HOLLYWOOD
3  MEDIA CENTER, LLC., A California Limited Liability Company, DAVID GAJDA, pending
4  in the Superior Court of the State of California for the County of Los Angeles bearing L.A.S.C.
5  Case No. BC390765 (c/w 08U04924 & BC393016 (the "Action").

6  Pursuant to Local Bankruptcy Rule 9027-1(a), the Action is a "core" proceeding
7  pursuant to 28 U.S.C. § 157(b)(2)(B),(C),(E),(H).

8  Attached to this *Notice* as Exhibit "1" is a copy of the underlying Superior Court
9  Complaint for bankruptcy fraud. Copies of all process and pleadings known to the Debtor and
10 the Named Defendants will be filed under separate cover.

11 A copy of the *Notice Removal* is being concurrently served on all parties to the removed
12 Action. In addition, a copy of this *Notice of Removal* is being concurrently filed with the Clerk
13 of the Superior Court from which the Action was removed.

14 Please take notice that, pursuant to Federal Rule of Bankruptcy Procedure 9027(c), the
15 parties to the removed Action shall proceed no further in the Superior Court unless and until the
16 Action is remanded.

18 DATED: October 31, 2008

LAW OFFICE OF BARUCH C. COHEN
A Professional Law Corporation

By  /s/ Baruch Cohen
Baruch C. Cohen, Esq.
*Attorney For Citizen Smith, LLC*

# PROOF OF SERVICE

I, Baruch C. Cohen, declare as follows:

I am, and was at all times herein mentioned, a citizen of the United States, a resident of the County of Los Angeles, State of California, over the age of 18 years and not a party to this action or proceeding. My new business address is 4929 Wilshire Boulevard, Suite 940, Los Angeles, California 90010-3823.

Upon this day, I served the within NOTICE OF REMOVAL PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9027, 28 U.S.C. § 1452 on all parties to this action by placing a true and correct copy thereof, addressed as per the attached service list.

__X__ VIA FIRST CLASS MAIL [C.C.P. §§ 1012a, et seq., & Local Bankruptcy Rule 105(3)(b)]. I deposited said document(s) into the United States mail at Los Angeles, California, in a sealed envelope with postage fully prepaid. My practice is to collect and process mail on the same day as shown on this declaration. Under that practice, all correspondence is deposited with the US Postal Service on the same day that it is placed for collection and processing, in the ordinary course of business.

____ VIA HAND DELIVERY/PERSONAL SERVICE (C.C.P. §§ 1001, et seq., & Local Bankruptcy Rule 105(3)(c)]. I directed a courier to personally deliver said document(s) to each addressee.

____ VIA FEDERAL EXPRESS/OVERNIGHT/NEXT BUSINESS DAY DELIVERY SERVICE (C.C.P. §§ 1011, 1012, & Local Bankruptcy Rule 105(3)(d)]. I enveloped, properly labeled, and caused to be deposited into a Federal Express pick-up receptacle as per the regular practice of my office.

____ VIA FACSIMILE (C.C.P. §§ 1012.5, & Local Bankruptcy Rule 105(3)(e)]. I caused the said document(s) to be transmitted by facsimile machine to the number indicated after the address(es) noted herein. I received written confirmation that the facsimile transmission was received by the addressee.

I declare that I am a member of the State Bar of this Court. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Los Angeles, California on October 31, 2008.

_/s/ Baruch Cohen_
Baruch C. Cohen

SERVICE LIST

<u>OUST</u>
Bruce S. Schildkraut, Esq.
Office of the United States Trustee
725 South Figueroa Street, Suite 2600
Los Angeles, CA 90017

<u>COUNSEL FOR ANDREW BELCHIC</u>
Michael J. Saltz, Esq.
Mark Fingerman, Esq.
Jacobson, Russell, Saltz & Fingerman, LLP
10866 Wilshire Blvd., Suite 1550
Los Angeles, CA 90024
*Via Facsimile Transmission: 310/446-9909*

<u>COUNSEL FOR HOLLYWOOD MEDIA CENTER, LLC, DAVID GAJDA</u>
David S. Kupetz, Esq.
SulmeyerKupetz, APC
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, CA 90071
*Via Facsimile Transmission: 213/629-4520*

1  Baruch C. Cohen, Esq. (SBN 159455)
   **LAW OFFICE OF BARUCH C. COHEN**
2  　　　A Professional Law Corporation
   4929 Wilshire Boulevard, Suite 940
3  Los Angeles, California 90010
   (323) 937-4501       Fax (323) 937-4503
4  email: BCC4929@aol.com

5  *Attorney For Citizen Smith, LLC*

6

7

8  　　　　SUPERIOR COURT OF THE STATE OF CALIFORNIA

9  　　　　　COUNTY OF LOS ANGELES - WEST DISTRICT

10

| CITIZEN SMITH, LLC., A California Limited Liability Company, | L.A.S.C. Case No. BC390765 (c/w 08U04924 & BC393016) |
|---|---|
| Plaintiff, | |
| vs. | |
| HOLLYWOOD MEDIA CENTER, LLC., A California Limited Liability Company, DAVID GAJDA; and DOES 1 TO 50, inclusive, | NOTICE OF REMOVAL OF ACTION TO FEDERAL BANKRUPTCY COURT PURSUANT TO F.R.B.P. 9027, 28 U.S.C. § 1452 & Local Bankruptcy Rule 9027-1(a) |
| Defendants | |

TO THE HONORABLE AURELIO MUNOZ, PLAINTIFF CITIZEN SMITH, LLC., A CALIFORNIA LIMITED LIABILITY COMPANY, DEFENDANTS HOLLYWOOD MEDIA CENTER, LLC., A CALIFORNIA LIMITED LIABILITY COMPANY, DAVID GAJDA, THEIR ATTORNEYS OF RECORD AND PARTIES IN INTEREST

　　Pursuant to an Order of October 28, 2008, by the Honorable Samuel Bufford, United States Bankruptcy Court for the Central District of California, in the bankruptcy entitled: <u>In re Citizen Smith, LLC</u>, USBC 2:08-bk-19197-SB, and pursuant to Federal Rule of Bankruptcy Procedure 9027, CITIZEN SMITH, LLC, removed to the United States Bankruptcy Court, Central District of California, Los Angeles Division, this action pending in the Superior Court of the State of California for the County of Los Angeles bearing L.A.S.C. Case No. BC390765

Exhibit # __1__ Page # __1__

1  (c/w 08U04924 & BC393016)(the "Action"). A copy of the *Notice of Removal* that is being

2  filed with the Bankruptcy Court is attached. Please take notice that, pursuant to Federal Rule of

3  Bankruptcy Procedure 9027(c), the parties to the removed Action shall proceed no further in the

4  Superior Court unless and until the Action is remanded.

7  DATED: October 31, 2008          LAW OFFICE OF BARUCH C. COHEN
                                    A Professional Law Corporation

9                                   By _____
                                    Baruch C. Cohen, Esq.
10                                  *Attorney For Citizen Smith, LLC*

Exhibit # 1  Page # 2

F:\DOCS\CITIZEN-SMITH\REMOVAL-LASC.NOT.wpd
10/31-1:27pm                              2