FORM B104 (08/07)                                                                          2007 USBC, Central District of California

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Page 2) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Hollywood Media Center LLC | Citizen Smith LLC |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) David S Kupetz  333 South Hope St Sulmeyer Kupetz  Los Angeles CA 90071 35th floor | **ATTORNEYS** (If Known) Baruch C. Cohen |
| **PARTY** (Check One Box Only) ☐ Debtor  ☐ U.S. Trustee/Bankruptcy Admin ☐ Creditor  ☒ Other ☐ Trustee | **PARTY** (Check One Box Only) ☒ Debtor  ☐ U.S. Trustee/Bankruptcy Admin ☐ Creditor  ☐ Other ☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Judge Bufford ordered this case removed

## NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☒ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ unknown |
| Other Relief Sought | RECEIVED NOV 05 2008 |

FORM B104 (08/07), page 2                                                                 2007 USBC, Central District of California

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES ||||
|---|---|---|---|
| **NAME OF DEBTOR** <br> Citizen Smith LLC ||| **BANKRUPTCY CASE NO.** <br> 2:08-BK-19197-SB |
| **DISTRICT IN WHICH CASE IS PENDING** || **DIVISIONAL OFFICE** | **NAME OF JUDGE** <br> Samuel Bufford |
| **RELATED ADVERSARY PROCEEDING (IF ANY)** ||||
| **PLAINTIFF** | **DEFENDANT** || **ADVERSARY PROCEEDING NO.** |
| **DISTRICT IN WHICH ADVERSARY IS PENDING** || **DIVISIONAL OFFICE** | **NAME OF JUDGE** |
| **SIGNATURE OF ATTORNEY (OR PLAINTIFF)** ||||
| **DATE** ||| **PRINT NAME OF ATTORNEY (OR PLAINTIFF)** |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendents.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not presented by an attorney, the plaintiff must sign.

**ORIGINAL**



FILED
NOV 05 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

Baruch C. Cohen, Esq. (SBN 159455)
**LAW OFFICE OF BARUCH C. COHEN**
A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501    Fax (323) 937-4503
email: BCC4929@aol.com

*Attorney For Citizen Smith, LLC*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CITIZEN SMITH, LLC<br><br>Debtor.<br><br>―――――――――――――<br><br>HOLLYWOOD MEDIA CENTER, LLC., A California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>CITIZEN SMITH, LLC., A California Limited Liability Company, and DOES 1 TO 50, inclusive,<br><br>Defendants | Case No. 2:08-bk-19197-SB<br>Assigned to the Honorable Samuel Bufford<br>Chapter 11<br><br>ADVERSARY NO. _____<br><br>[L.A.S.C. Case No. BC384326]<br><br><br><br><br>NOTICE OF REMOVAL<br><br>F.R.B.P. 9027<br>28 U.S.C. § 1452<br>Local Bankruptcy Rule 9027-1(a)<br><br>[*No Hearing Required*] |

TO THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE UNITED STATES TRUSTEE AND PARTIES IN INTEREST

Pursuant to Federal Rule of Bankruptcy Procedure 9027, CITIZEN SMITH, LLC., (the "Debtor"), and PLAINTIFF HOLLYWOOD MEDIA CENTER, LLC., A California Limited Liability Company, DEFENDANT CITIZEN SMITH, LLC., A California Limited Liability Company hereby removes to the United States Bankruptcy Court, Central District of California,

1  Los Angeles Division, an action entitled: HOLLYWOOD MEDIA CENTER, LLC., A
2  California Limited Liability Company vs. CITIZEN SMITH, LLC., A California Limited
3  Liability Company pending in the Superior Court of the State of California for the County of
4  Los Angeles bearing L.A.S.C. Case No.BC384326 (the "Action").
5      Pursuant to Local Bankruptcy Rule 9027-1(a), the Action is a "core" proceeding
6  pursuant to 28 U.S.C. § 157(b)(2)(B),(C),(E),(H).
7      Attached to this *Notice* as Exhibit "1" is a copy of the underlying Superior Court
8  Complaint for bankruptcy fraud. Copies of all process and pleadings known to the Debtor and
9  the Named Defendants will be filed under separate cover.
10      A copy of the *Notice Removal* is being concurrently served on all parties to the removed
11  Action. In addition, a copy of this *Notice of Removal* is being concurrently filed with the Clerk
12  of the Superior Court from which the Action was removed.
13      Please take notice that, pursuant to Federal Rule of Bankruptcy Procedure 9027(c), the
14  parties to the removed Action shall proceed no further in the Superior Court unless and until the
15  Action is remanded.

17  DATED: November 4, 2008        LAW OFFICE OF BARUCH C. COHEN
                                          A Professional Law Corporation

19                                         By _____
                                       Baruch C. Cohen, Esq.
20                                         *Attorney For Citizen Smith, LLC*

## PROOF OF SERVICE

I, Baruch C. Cohen, declare as follows:

I am, and was at all times herein mentioned, a citizen of the United States, a resident of the County of Los Angeles, State of California, over the age of 18 years and not a party to this action or proceeding. My new business address is 4929 Wilshire Boulevard, Suite 940, Los Angeles, California 90010-3823.

Upon this day, I served the within NOTICE OF REMOVAL PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9027, 28 U.S.C. § 1452 on all parties to this action by placing a true and correct copy thereof, addressed as per the attached service list.

__X__ VIA FIRST CLASS MAIL [C.C.P. §§ 1012a, et seq., & Local Bankruptcy Rule 105(3)(b)]. I deposited said document(s) into the United States mail at Los Angeles, California, in a sealed envelope with postage fully prepaid. My practice is to collect and process mail on the same day as shown on this declaration. Under that practice, all correspondence is deposited with the US Postal Service on the same day that it is placed for collection and processing, in the ordinary course of business.

____ VIA HAND DELIVERY/PERSONAL SERVICE (C.C.P. §§ 1001, et seq., & Local Bankruptcy Rule 105(3)(c)]. I directed a courier to personally deliver said document(s) to each addressee.

____ VIA FEDERAL EXPRESS/OVERNIGHT/NEXT BUSINESS DAY DELIVERY SERVICE (C.C.P. §§ 1011, 1012, & Local Bankruptcy Rule 105(3)(d)]. I enveloped, properly labeled, and caused to be deposited into a Federal Express pick-up receptacle as per the regular practice of my office.

____ VIA FACSIMILE (C.C.P. §§ 1012.5, & Local Bankruptcy Rule 105(3)(e)]. I caused the said document(s) to be transmitted by facsimile machine to the number indicated after the address(es) noted herein. I received written confirmation that the facsimile transmission was received by the addressee.

I declare that I am a member of the State Bar of this Court. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Los Angeles, California on November 4, 2008.

_/s/ Baruch Cohen_
Baruch C. Cohen

SERVICE LIST

<u>OUST</u>
Bruce S. Schildkraut, Esq.
Office of the United States Trustee
725 South Figueroa Street, Suite 2600
Los Angeles, CA 90017

<u>COUNSEL FOR ANDREW BELCHIC</u>
Michael J. Saltz, Esq.
Mark Fingerman, Esq.
Jacobson, Russell, Saltz & Fingerman, LLP
10866 Wilshire Blvd., Suite 1550
Los Angeles, CA 90024
*Via Facsimile Transmission: 310/446-9909*

<u>COUNSEL FOR HOLLYWOOD MEDIA CENTER, LLC, DAVID GAJDA</u>
David S. Kupetz, Esq.
SulmeyerKupetz, APC
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, CA 90071
*Via Facsimile Transmission: 213/629-4520*

F:\DOCS\CITIZEN-SMITH\REMOVAL-2.NOT.wpd
11/4-1:57pm

4

# Civil

General Information

Case Document Images

Party Name Search

Case Summary

Calendars

Filing Court Locator

Tentative Rulings

ADR

Diet Drug

Forms

Fees

Court Rules

© 2000, Information Systems and Technology Bureau