FILED & ENTERED

APR 27 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egarcia    DEPUTY CLERK

ARAM ORDUBEGIAN (State Bar No. 185142)
ROBERT SHENFELD (State Bar No. 228181)
ANDY S. KONG (State Bar No. 243933)
RICHARDSON & PATEL LLP
10900 Wilshire Blvd., Suite 500
Los Angeles, California  90024
Telephone (310) 208-1182
Facsimile (310) 208-1154

Proposed General Insolvency Counsel for Citizen Smith, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CITIZEN SMITH, LLC,<br><br>    Debtor in Possession. | Bk. No. 2:08-bk-19197-SB<br><br>[Chapter 11]<br><br>**ORDER AUTHORIZING DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY THE LAW OFFICES OF BARUCH C. COHEN AND RICHARDSON & PATEL, LLP AS GENERAL INSOLVENCY COUNSELS** |

    Based on the *Application of Debtor and Debtor in Possession to Employ the Law Offices of Baruch C. Cohen and Richardson & Patel LLP as General Insolvency Counsels Pursuant to 11 U.S.C. §§ 327 and 330; F.R.B.P. Rules 2014(a) and 2016; and L.B.R. 2014-1(b)* (the "Application"), together with all declarations in support of the Application and exhibits submitted with the Application [Docket No. 165] filed by debtor and debtor in possession, Citizen Smith, LLC (the "Debtor"), and it appearing that notice of the Application was in all respects proper under L.B.R. 2002-2, 2014-1(b)(1), 2014-1(b)(2) and 9036-1(a), and no objections being filed to the Application; and upon the *Declaration of Service and Non-Response Pursuant to L.B.R. 9013-1(o)(3)* filed by the Debtor; and after due deliberation, it appearing that the granting of the Application is in the best interests of the Debtor and that the Application should be granted and for other good cause:

IT IS ORDERED, ADJUDGED, AND DECREED THAT:

1. The Application is GRANTED.

2. The Debtor is authorized to employ the Law Offices of Baruch C. Cohen as its general insolvency counsel effective from November 7, 2008 to December 14, 2008.

3. The Debtor is authorized to employ Richardson & Patel, LLP, as general insolvency counsel effective as of December 15, 2008 going forward.

4. Compensation to the Law Offices of Baruch C. Cohen and Richardson & Patel, LLP and expense reimbursement will be awarded by the Court upon appropriate application, and after notice and hearing.

# # #

DATED: April 27, 2009

United States Bankruptcy Judge

| In re: Citizen Smith, LLC, | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:08-bk-19197-SB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Richardson & Patel, LLP
10900 Wilshire Blvd., Ste. 500
Los Angeles, CA 90024

The foregoing document described <u>ORDER AUTHORIZING DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY THE LAW OFFICES OF BARUCH C. COHEN AND RICHARDSON & PATEL, LLP AS GENERAL INSOLVENCY COUNSELS</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On <u>April 16, 2009</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

**VIA U.S. Mail**
Honorable Samuel L. Bufford
U.S. Bankruptcy Court
255 East Temple Street, #1582
Los Angeles, CA 90012

**Debtor**
Citizen Smith LLC
1600 and 1602 N. Cahuenga Boulevard
Hollywood, CA 90028

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 16, 2009 | SIMONA FILIP | /s/ Simona Filip |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                **F 9021-1.1**

| | |
|---|---|
| In re: Citizen Smith, LLC, | CHAPTER: 11 |
| Debtor(s). | CASE NUMBER: 2:08-bk-19197-SB |

**ATTACHMENT TO PROOF OF SERVICE OF DOCUMENT**

**II.    PERSONS OR ENTITIES SERVED BY U.S. MAIL:**

<u>U.S. Trustee</u>
Russell Clementson
United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

<u>Former Counsel for Debtor</u>
Baruch C. Cohen
Law Office of Baruch C. Cohen
4929 Wilshire Boulevard #940
Los Angeles, CA 90010

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                              **F 9021-1.1**

| In re: Citizen Smith, LLC, | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 2:08-bk-19197-SB |

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)ORDER AUTHORIZING DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY THE LAW OFFICES OF BARUCH C. COHEN AND RICHARDSON & PATEL, LLP AS GENERAL INSOLVENCY COUNSELS was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of April 16, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

Aram Ordubegian;
Robert Shenfeld
Andy S. Kong
Richardson & Patel LLP
aordubegian@richardsonpatel.com
rshenfeld@richardsonpatel.com
akong@richardsonpatel.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Russell Clementson
russell.clementson@usdoj.gov

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Former Counsel for Debtor
Baruch C. Cohen
Law Office of Baruch C. Cohen
4929 Wilshire Boulevard #940
Los Angeles, CA 90010

**Debtor**
Citizen Smith LLC
1600 and 1602 N. Cahuenga Boulevard
Hollywood, CA 90028

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**