| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| DAVID R. WEINSTEIN (State Bar No. 082881)<br>MAX E. RAWN (State Bar No. 243795)<br>RICHARDSON & PATEL LLP<br>10900 Wilshire Blvd., Suite 500<br>Los Angeles, California 90024<br>Telephone (310) 208-1182<br>Facsimile (310) 208-1154<br>*Attorney for* Citizen Smith, LLC, Debtor | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re: Citizen Smith, LLC<br><br><br><br>Debtor. | CHAPTER __7__<br>CASE NUMBER  2:08-bk-19197-SB<br>DATE: 1/26/10<br>TIME: 2:00 p.m.<br>COURTROOM: 1575 |

## APPLICATION FOR PAYMENT OF:
☑ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**
☐ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)**

1. Name of Applicant *(specify)*: Richardson & Patel LLP for itself and on behalf of Richardson & Patel, LLP

2. Type of Services Rendered:
   a. ☑ Attorney for *(specify)*: Citizen Smith, LLC, debtor-in-possession
   b. ☐ Accountant for *(specify)*:
   c. ☐ Other Professional *(specify)*:

3. Date of Filing of Petition under Chapter __11__ of the Bankruptcy Code: 06/25/08

4. Date of Entry of Order Approving Applicant's Employment: 4/27/09

5. Date of Filing of last Fee and/or Expense Application:  N/A

6. Total Fees allowed or paid to Applicant to Date (including Retainers and Prior Approved Fee Applications):  $ 0.00
   (retainer remains in trust )
   a. Retainer received:  $ 49,987.00
   b. Retainer remaining as of the date of this application:  $ 49,987.00
   c. Total amount requested in all prior applications:  $ 0.00
   d. Total amount actually paid pursuant to prior approved applications:  $ 0.00
   e. Total amount currently due but unpaid pursuant to prior approved applications:  $ 0.00
   f. Total amount allowed but reserved pending final fee application:  $ 0.00

*(Continued on next page)*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 2016-1.2

Fee/Expense Application - *Page 2*                                     F 2016-1.2

| In re CITIZEN SMITH, LLC | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER 02:08-19197-SB |

7. **Summary of Requested Fees**: (Attach detailed supporting documentation to this Application)

| Professional Person's Name | Hourly Rate | x | Total Hours this Person | = | Total Fees this Person |
|---|---|---|---|---|---|
| a. | $ | x | | = | $ |
| b. SEE ATTACHED EXHIBIT | $ | x | | = | $ |
| c. "D" | $ | x | | = | $ |
| d. | $ | x | | = | $ |
| e. | $ | x | | = | $ |
| f. | $ | x | | = | $ |

   g. ☒ Continued on Attached Page

8. The hourly rates above are the same rates charged by the above professionals for non-bankruptcy services except as follows:     ☐ See Attached Page

9. Bonus requested (final fee applications only): $
   (Attach Declaration and Memorandum of Points and Authorities justifying bonus)

10. **TOTAL FEES REQUESTED THIS APPLICATION**: $ 228,151.25   (through September 30, 2009)

11. Total Expenses paid to Applicant to Date (including Retainers and Prior Approved Expense Applications): $ 0.00

12. **Summary of Requested Expense Reimbursement**: (Attach detailed supporting documentation to this Application)

| Type of Expense | Reimbursement Requested this Application |
|---|---|
| a. | $ |
| b. SEE ATTACHED EXHIBIT | $ |
| c. "F" | $ |
| d. | $ |
| e. | $ |
| f. | $ |

   g. ☒ Continued on Attached Page

13. **TOTAL EXPENSE REIMBURSEMENT REQUESTED THIS APPLICATION**: $ 12,461.52  (through September 30, 2009)

14. Applicant submits the following in support of the Application herein pursuant to Local Bankruptcy Rule 2016-1 *(specify)*:
    SEE ATTACHED EXHIBITS

15. Total Number of attached pages of supporting documentation: 76

16. Applicant declares under penalty of perjury under the laws of the United States of America that the foregoing Application and all attached supporting documentation are true and correct and accurately reflect services rendered and expenses incurred.

17. Executed on the 11th day of December, 20 09, at LOS ANGELES, California.

MAX E. RAWN
*Type Name of Applicant*                              *Signature of Applicant*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                            F 2016-1.2